Jason A. Thomas
Kate R. Buerer
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendant
Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| David Paul Biesemeyer, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Municipality of Anchorage, | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:23-cv-00185 SLG |

## ENTRY OF APPEARANCE

The Municipal Attorney's Office, by and through Assistant Municipal Attorneys Jason A. Thomas and Kate R. Buerer, hereby enter appearances as counsel of record on behalf of Appellee, the Municipality of Anchorage, and requests that all future correspondence and documents pertaining to this action be forwarded by mail and/or emailed to:

Jason A. Thomas
Kate M. Buerer
Department of Law – Civil Division
P.O. Box 196650
Anchorage, AK 99519-6650
**Email: courtdocs@muni.org**

Respectfully submitted this ___ day of January, 2024.

        ANNE R. HELZER
        Municipal Attorney

By: *s/Jason A. Thomas*
    Jason A. Thomas
    Alaska Bar No. 2005028
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    E-mail: uslit@muni.org

By: */s/ Kate M. Buerer*
    Kate M. Buerer
    Alaska Bar No. 2301002
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    E-mail: uslit@muni.org

Entry of Appearance
*Biesemeyer, David v MOA*; Case No. 3:23-cv-00185 SLG
Page 2 of 3

Case 3:23-cv-00185-SLG   Document 9   Filed 01/02/24   Page 2 of 3

<u>Certificate of Service</u>
The undersigned hereby certifies that on 01/02/2024, a true and correct copy of the foregoing was served on:

David Biesemeyer
7650 E. Jim Cottrell
Palmer, AK  99645
<davebiesemeyer@hotmail.com>

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

<u>/s *Marie Stafford*</u>
Marie Stafford, Legal Secretary
Municipal Attorney's Office

Entry of Appearance
*Biesemeyer, David v MOA*; Case No. 3:23-cv-00185 SLG
Page 3 of 3