# 1. Certificate of Redemption dated January 5, 2015.




## CERTIFICATE OF REDEMPTION

UNITED STATES OF AMERICA    )  
STATE OF ALASKA    ) SS.  
ANCHORAGE RECORDING DISTRICT    )

**PROPERTY OWNER: BIESEMEYER DAVID PAUL**

ACCOUNT NO: **018-022-18-00014**

I, Clerk/Deputy Clerk of the Municipality of Anchorage, hereby certify pursuant to Alaska Statues 29.45.410 that the sum of ($3,558.64) dollars (**THREE THOUSAND FIVE HUNDRED FIFTY-EIGHT AND 64/100**) was received to redeem the following described real property from the judgment and decree of foreclosure entered in the Superior Court for the State of Alaska, Third Judicial District, at Anchorage, Alaska, on June 25, 2014, under **Case Number 3AN-14-05422 Civil,** and **Recorded July 9, 2014,** Recorder's Serial No. **2014-026416-0**:

**BEACON PARK**
**BLK 1 LT 23**

IN WITNESS HEREOF I hereby set my hand and the official seal of the Municipality of Anchorage this 5th day of January, 2015.

*(Signature)*

MUNICIPAL CLERK/DEPUTY CLERK

*(Municipal Seal)*



After Recording Return to:
MUNICIPALITY OF ANCHORAGE
REAL ESTATE SERVICES
P.O. Box 196650
ANCHORAGE, ALASKA 99519-6650