# 2. Quitclaim Deed dated April 23, 2015.

cc (2)


Tax Parcel No.    016-112-10-000

## QUITCLAIM DEED

The GRANTOR, **MUNICIPALITY OF ANCHORAGE**, a municipal corporation organized and existing under its charter and laws of the State of Alaska, whose address is P. O. Box 196650, Anchorage, Alaska 99519-6650, Attention: Real Estate Services, for and in consideration of One Dollar ($1.00) and other good and valuable consideration, conveys and quitclaims to the GRANTEE, **WEHR FAMILY TRUST DTD 2008, CAROLYN M. WEHR AND LARRY E. WEHR, TRUSTEES 50% AND MICHAEL R. WEHR 50%**, whose address is **PO Box 670607, Chugiak AK 99567**, all right, title and interest which the GRANTOR has, if any, in and to the following described real estate:

**Lot 11, FREEMAN SUBDIVISION, according to the official plat thereof, filed under Plat No. P-497, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska**

Excepting all easements and reservations of record.

Dated this 23 day of April 2015.

MUNICIPALITY OF ANCHORAGE

_/s/ George J. Vakalis_
George J. Vakalis, Municipal Manager

STATE OF ALASKA    )
                   ) ss
THIRD JUDICIAL DISTRICT )

The foregoing instrument was acknowledged before me this 23 day of April, 2015, by George J. Vakalis, Municipal Manager, on behalf of the Municipality of Anchorage.

_Debra Fitzgerald_
Notary Public in and for Alaska
My commission expires: 8/29/2016

**Debra Fitzgerald**
Notary Public
State of Alaska
My Comm. Exp. 08/29/2016

After Recording Return to Grantee:

Wehr Family Trust dtd 2008
Carolyn M. Wehr and Larry E. Wehr, Trustees 50%
Michael R. Wehr 50%
PO Box 670607
Chugiak, AK 99567