# 3  Final judgment dated September 9, 2016 in Case No. 3AN-15-10092 CI.

"ACCEPTED"
David Paul Biesemeyer
January 17, 2017 C.B.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

WEHR FAMILY TRUST DTD 2008,  )
CAROLYN M. WEHR and LARRY )
E. WEHR, TRUSTEES 50%, and )
MICHAEL R. WEHR 50%, )
    Plaintiffs, )
)
vs. )
)
DAVID PAUL BIESEMEYER, and )
any person claiming an interest in )
real property at 11500 Hawkins Lane, )
Anchorage, Alaska, )
    Defendant. )   CASE NO. 3AN-15-10092 CI

AUG 23 2016

## FINAL JUDGMENT

Pursuant to the findings of fact and conclusions of law reached by the court following trial of this matter on August 22, 2016, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

all right, title and interest in the property described as

    Lot 11, Freeman Subdivision, filed under Plat No. P-497, records of the Anchorage Recording District, Third Judicial District, State of Alaska,

located at 11500 Hawkins Lane, Anchorage, Alaska, is hereby vested in the Wehr Family Trust DTD 2008, Carolyn M. Wehr and Larry M. Wehr, Trustees, as to an undivided 50% interest, and Michael R. Wehr, as to an undivided 50% interest, as tenants in common.

2. The clerk of court shall issue a clerk's deed to the plaintiffs.

3. Plaintiffs shall recover from the defendant, David Paul Biesemeyer, costs

LAW OFFICES OF
I. FRANK CAHILL
880 N Street
Suite 203
Anchorage, AK 99501
(907) 222-4905
FAX: (907) 274-8201

Wehr v Biesemeyer, et. al.
Case No. 3AN-15-10092CI
Clerk's Deed

pursuant to Alaska Civil Rule 79, and attorney's fees pursuant to Alaska Civil Rule 82, upon application, as follows: Costs, $2,369.99; Fees: $1,690.00.

Date: 9/9/2016

*Erin B. Marston*
Honorable Erin Marston
Superior Court Judge

Resent 12-9-16

I certify that on 9/13/16 a copy w/ blanks of the following was mailed/ ~~faxed/ hand delivered~~ to each of the following at their addresses of Cert copies record. F. Cahill, D. Biesmeyer

*[signature]*
Administrative Assistant

"ACCEPTED"
January 17, 2017
David Paul Biesemeyer CE

LAW OFFICES OF
H. FRANK CAHILL
880 N Street
Suite 203
Anchorage, AK 99501
(907) 222-4905
FAX: (907) 274-8201

Wehr v Biesemeyer, et. al.
Case No. 3AN-15-10092CI
Clerk's Deed

Page 2 of 2