# 4.0   Letter dated April 29, 2015.

4.

# MUNICIPALITY OF ANCHORAGE



**Real Estate Services**

*Mayor Dan Sullivan*

Telephone: (907) 343-7534

**"ACCEPTED"**

April 29, 2015

*David Paul Biesemeyer*

MAY 11 2015

David Paul Biesemeyer
PO Box 110751
Anchorage, AK 99511-0751

Re: Claim of Excess Proceeds from Sale of Tax Parcel ID: 016-112-10-000,
Freeman Subdivision, Lot 11, Anchorage, AK

The purpose of this letter is to advise you that the subject foreclosed parcel sold at public sale April 15, 2015.

As the record owner of the property at the time it was acquired by the Municipality through a delinquent tax foreclosure, you have the right to request excess proceeds after obligations to the Municipality have been satisfied, under Alaska Statute 29.45.480(b). This request must be made in writing within six months from the date of sale.

**The amount of excess proceeds from the sale of Parcel ID: 016-112-10-000 is $235,627.53 minus any other claims or legal obligations with priority by law.**

To claim remaining excess proceeds please complete the form at the bottom of this letter and have your signature(s) notarized and return to me by October 15, 2015 along with the completed attached W9 Form .

If you have questions about this process, my direct line is (907) 343-7525 or call Debbie Reich at (907)343-7953.

Sincerely,

*Jacque L Tennis*

Jacque L Tennis,
Jr Administrative Officer, Real Estate Services

COPY

## CLAIM FOR EXCESS PROCEEDS

I/We hereby make claim to the excess proceeds described above.

_____
Social Security # ____-__-____ or Tax ID # _____

_____
Social Security # ____-__-____ or Tax ID # _____

On this ___ day of _____, ____, before me, a Notary Public in and for the State of _____, personally appeared _____, to me known to be the person(s) described in and who signed the foregoing instrument.

My commission expires: _____

P.O. Box 196650 • Anchorage, Alaska 99519-6650 •
http://www.muni.org/Departments/hlb/Pages/realestateservices.aspx