## 4.2 A notice of dishonor, dated May 28, 2015.

# NOTICE OF DISHONOR

Notice Date:  Day: Twenty-eight     Month: Five     Year: 2015 C.E.

**MUNICIPALITY OF ANCHORAGE**
**Real Estate Services**
**Mayor Dan Sullivan**
Jacque L. Tennis, Jr. Administrative Officer
Real Estate Services
P.O. Box 196650
Anchorage Alaska 99519-6650



**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**" dated Day Eleven Month Five Year 2015 C. E., in reply to your Presentments "**MUNICIPALITY OF ANCHORAGE** Mayor Dan Sullivan April 29, 2015 Sincerely Jacque L. Tennis Jr. Administrative Officer Real Estate Services **CLAIM FOR EXCESS PROCEEDS**, "Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service **Request for Taxpayer Identification Number and Certification,** Page **2**, Page **3**, Page **4**" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*David Paul Biesemeyer*

David Paul Biesemeyer
c/o Post Office Box 11075
Anchorage Alaska

cc: H Frank Cahill; ABA #8611099 880 N Street, Suite 203, Anchorage Alaska 99501
cc: Carolyn Wehr in care of: H Frank Cahill; ABA #8611099 880 N Street, Suite 203, Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Nesbett Courthouse Office of the Clerk of Court 825 W. 4th Ave., Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Nesbett Courthouse The Honorable Judge Hanley 825 W. 4th Ave., Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Boney Courthouse Office of the Clerk of Court 303 K. St., Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Boney Courthouse The Honorable Judge Hanley 303 K. St., Anchorage Alaska 99501
cc: IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE Clerk of the Court 825 West 4th Avenue, Anchorage Alaska 99501
cc: IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE The Honorable John Suddock, Judge of the Superior Court 825 West 4th Avenue, Anchorage Alaska 99501
cc: IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE Cynthia Lee, Clerk of the Trial Courts for the State of Alaska 825 West 4th Avenue, Anchorage Alaska 99501
cc: IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE Judicial Assistant/Deputy Clerk 825 West 4th Avenue, Anchorage Alaska 99501
cc: MUNICIPALITY OF ANCHORAGE Mayor Dan Sullivan P.O. Box 196650 Anchorage Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE Debbie L. Reich Real Estate Service/Tax Foreclosure P.O. Box 196650 Anchorage Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE Real Estate Services Tammy Oswald, Director P.O. Box 196650 Anchorage Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE OFFICE OF THE MUNICIPAL ATTORNEY P.O. Box 196650 Anchorage Alaska 99519-6650