# 5.0 A letter dated Tuesday May 19, 2015.

5.



**"ACCEPTED"**
*David Paul Biesemeyer*
JUN 1 5 2015

**TRIAL COURTS**
State of Alaska
Third Judicial District

Tamara Carvalho
Supervisor
Trial Court Accounting Division

Nesbett Courthouse
825 West 4th Avenue
Anchorage, Alaska 99501-2004

Fax (907) 264-0495
Main (907) 264-0555

Tuesday, May 19, 2015

COPY

David Biesemeyer
7650 E Jim Cottrell Cir
Palmer, AK 99645

Subject: Funds Being Held in Case # 3AN-00-987SC

The Alaska Court System at Anchorage is currently holding money in its registry under the above name.

Our records indicate that the funds in this case should be released to a "David Biesemeyer". However, before we can release these funds we need confirmation that you are the same individual mentioned herein. If the Court does not receive the included TF-955 form filled out and signed within 15 days of this notice, the funds will be forwarded to the State of Alaska, Unclaimed Property Division.

Please <u>do not</u> call the Court. Your prompt filing of the TF-955 form will assist the court in remedying the proper disbursement of the above mentioned funds.

Please fill out the included (TF-955) Notice of Change of Address form and return it to the Alaska Court System, 825 W 4th Ave, Anchorage, AK 99501.

If you are not the individual named above, please disregard this letter.

Thank you,

N Choi
Deputy Clerk II
907-264-0555
Trial Court Accounting

5.1

COPY

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _____

_____ )
              Plaintiff/Appellant )
v.                                 )   Case No. _____
_____ )
              Defendant/Appellee ) NOTICE OF CHANGE OF
                                   ) ☐ MAILING ADDRESS
                                   ) ☐ TELEPHONE NUMBER

"ACCEPTED"
David Paul Bussenmeyer
JUN 15 2015

1. I hereby notify the Alaska Court System that I am:
   ☐ The owner of bail posted in this case. (If you are the owner of bail, your signature below must be notarized below and proof of your identity must be provided.)
   ☐ A party to this case. (If you are a party in this case, you must send a copy of this document to all other parties and you must complete the distribution certificate below.)
   ☐ Other _____

2. My contact information changed. Please update your records with the following information:
   ☐ My new phone number is _____
   ☐ My new mailing address is _____
   Street Address or P.O. Box

   _____
   City                State         Zip Code

   _____              _____
   Date                                Signature

                                       _____
                                       Type or Print Name

(Required for Bail Owners Only) Subscribed and sworn to or affirmed before me at _____
_____ Alaska, on _____.

(Seal)

                                       _____
                                       Clerk of Court, Notary Public or other person
                                       authorized to administer oaths.
                                       My commission expires: _____

Proof of Identity Provided: Driver's License Number _____ State _____
                            Other Identification _____

Distribution Certificate for Parties Only
I certify that on _____
a copy of this document was sent to all
other parties (list names):

_____
_____

by _____
   Signature of Party Giving Notice

TF-955 (3/12)(cs)
NOTICE OF CHANGE OF ADDRESS/TELEPHONE NUMBER

| Court Clerk Instructions: |
| 1. Forward this form and the file to the Criminal or Civil Division for further processing. |
| 2. Copy to Accounting Clerk _____ Date |
| Clerk's Initials _____ |

Civ.R. 5(i)