## 5.1 The reverse of the letter referred to as (5), above.