# 5.2 An acceptance dated June 15, 2015.

# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Fifteen          Month: Six          Year: 2015 C.E.

TRIAL COURTS
State of Alaska
Third Judicial District
Tamara Carvalho Supervisor
Trial Court Accounting Division
Nesbett Corthouse
825 west 4th Avenue
Anchorage, Alaska 99501-2004



In reply to: "TRIAL COURTS, Tuesday, May 19, 2015, Thank you N Choi Deputy Clerk II, Trial Court Accounting, "IN THE DISTRICT/ SUPERIOR COURT FOR THE STATE OF ALASKA AT_____ NOTICE OF CHANGE OF  TF-955 (3/12) (cs) Civ. R. 5(i), "AK Court System 5-20-15 Copy CD-R 80 min / 700 MB compact disc Recordable Wehr vs Biesemeyer 3AN-15-6847 CI"

**PLEASE TAKE NOTICE** that I, David Paul Biesemeyer, a sentient moral being,, accept for value your Presentments "TRIAL COURTS, Tuesday, May 19, 2015, Thank you N Choi Deputy Clerk II, Trial Court Accounting, "IN THE DISTRICT/ SUPERIOR COURT FOR THE STATE OF ALASKA AT_____ NOTICE OF CHANGE OF  TF-955 (3/12) (cs) Civ. R. 5(i), "AK Court System 5-20-15 Copy CD-R 80 min / 700 MB compact disc Recordable Wehr vs Biesemeyer 3AN-15-6847 CI" and return for value your offers herein attached to you.  I request you issue me the Order of the Court.

I indicate my acceptance of your offers by my signature and date.

- I do not argue the facts.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close the Account and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public Charges by the exemption in accord with UCC 3-419, House Joint Resolution (HJR) 192, and Public Law 73-10.
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*David Paul Biesemeyer*

David Paul Biesemeyer
c/o Post Office Box 110751
Anchorage, Alaska

Case 3:23-cv-00185-SLG-KFR   Document 12-10   Filed 05/10/24   Page 2 of 3

TRIAL COURTS
State of Alaska
Third Judicial District
Tamara Carvalho Supervisor
Trial Court Accounting Division
Nesbett Corthouse
825 west 4th Avenue
Anchorage, Alaska 99501-2004



Attachments: "TRIAL COURTS, Tuesday, May 19, 2015, Thank you N Choi Deputy Clerk II, Trial Court Accounting, "IN THE DISTRICT/ SUPERIOR COURT FOR THE STATE OF ALASKA AT_____ NOTICE OF CHANGE OF TF-955 (3/12) (cs) Civ. R. 5(i), "AK Court System 5-20-15 Copy CD-R 80 min / 700 MB compact disc Recordable Wehr vs Biesemeyer 3AN-15-6847 CI"

cc: H Frank Cahill, ABA #8611099, 880 N Street, Suite 203, Anchorage, Alaska 99501
cc: Carolyn Wehr, in care of: H Frank Cahill ABA #8611099, 880 N Street, Suite 203, Anchorage, Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT, FOR THE STATE OF ALASKA AT ANCHORAGE, Nesbett Courthouse, Office of the Clerk of Court, 825 W. 4th Ave, Anchorage, Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT, FOR THE STATE OF ALASKA AT ANCHORAGE, Nesbett Courthouse, The Honorable Judge Hanley, 825 W. 4th Ave, Anchorage, Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT, FOR THE STATE OF ALASKA AT ANCHORAGE, Boney Courthouse, Office of the Clerk of Court, 303 K. St., Anchorage, Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT, FOR THE STATE OF ALASKA AT ANCHORAGE, Boney Courthouse, The Honorable Judge Hanley, 303 K. St., Anchorage, Alaska 99501
cc: IN THE SUPERIOR COURT, FOR THE STATE OF ALASKA, THIRD JUDICIAL DISTRICT AT ANCHORAGE, Clerk of the Court, 825 West 4th Avenue, Anchorage, Alaska 99501
cc: IN THE SUPERIOR COURT, FOR THE STATE OF ALASKA, THIRD JUDICIAL DISTRICT AT ANCHORAGE, The Honorable John Suddock, Judge of the Superior Court, 825 West 4th Avenue, Anchorage, Alaska 99501
cc: IN THE SUPERIOR COURT, FOR THE STATE OF ALASKA, THIRD JUDICIAL DISTRICT AT ANCHORAGE, Cynthia Lee, Clerk of the Trial Courts for the State of Alaska, 825 West 4th Avenue, Anchorage, Alaska 99501
cc: IN THE SUPERIOR COURT, FOR THE STATE OF ALASKA, THIRD JUDICIAL DISTRICT AT ANCHORAGE, Judicial Assistant/Deputy Clerk, 825 West 4th Avenue, Anchorage, Alaska 99501
cc: MUNICIPALITY OF ANCHORAGE, Mayor Dan Sullivan, P.O. Box 196650, Anchorage, Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE, Debbie L. Reich, Real Estate Service/Tax Foreclosure, P.O. Box 196650, Anchorage, Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE, Real Estate Services, Tammy Oswald, Director, P.O. Box 196650, Anchorage, Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE, OFFICE OF THE MUNICIPAL ATTORNEY, P.O. Box 196650, Anchorage, Alaska 99519-6650
cc: IN THE DISTRICT COURT FOR THE STATE OF ALASKA, THIRD JUDICIAL DISTRICT, Boney Courthouse, Pamela Scott Washington, District Court Judge, 303 K. St., Anchorage, Alaska 99501
cc: ALASKA COURT SYSTEM, ANCHORAGE TRIAL COURT, OFFICE OF THE CLERK, 825 west 4th Avenue, Anchorage, Alaska 99501-2004