5.6    The results printed out and attached are the results of a search of the State of Alaska's Unclaimed Property Division.



# Search for Unclaimed Property

## SEARCH ○

To begin your search, enter your last name, or the name of your business. To better refine your results, you may also enter your first name. Exact name matches will be shown first. Property for individuals with similar names to the name you entered will follow.

This is a free and secure service provided by the Alaska Unclaimed Property Program to claim your lost funds. When you are ready to submit your claim, select "Continue To File Claim" and follow the instructions provided.

*A "Name or Business Name" or "Property ID" must be entered in order to successfully view your search results.

*Name or Business Name: [illegible]

First Name:

*Narrow your search with the following fields:*

City:

Zip Code:

Property ID:

SEARCH

If you have any questions or concerns regarding the privacy of your information or the legitimacy of this website, please call our office at 844-AKCASH1 (844-252-2741).

**RESULTS** Your search returned 14 unclaimed properties.
Exact name matches will be shown first, followed by properties with similar names to the one entered.

CONTINUE TO FILE CLAIM(0)

Display: [illegible]

First  Previous    Next  Last

To file a claim for properties on this list, click the Claim button next to those properties. Next click on the Continue To File Claim button.

| Select an Action | Owner Name | Co-Owner Name | Holder | City | Zip Code | Amount | Property ID |
|---|---|---|---|---|---|---|---|
| CLAIM | BIESEMEYER DAVID | | ALASKA COURT SYSTEM | ANCHORAGE | 99505 | OVER $100 | 959392 |
| CLAIM | BIESEMEYER DAVID | COHN DANIEL A | ALASKA LP CORPORATION | | | $1-$25 | 1196700 |
| CLAIM | BIESEMEYER DAVID | | ALASKA COURT SYSTEM | PALMER | 99645 | OVER $100 | 1541158 |
| CLAIM | BIESEMEYER JEANNETTE | | PROVIDENCE HEALTH SERVICES - ALASKA | ANCHORAGE | 99501 | $1-$25 | 1134250 |
| CLAIM | BIESEMEYER DAVID H | | UNDISCLOSED | ANCHORAGE | 99516 | $26-$50 | 963045 |
| CLAIM | BIESEMEYER DAVID H | | MATANUSKA ELECTRIC ASSOCIATION INC | ANCHORAGE | 99517 | OVER $100 | [illegible] |
| CLAIM | DAVID H BIESEMEYER | | PROVIDENCE HEALTH SERVICES - ALASKA | KODIAK | [illegible] | $1-$25 | [illegible] |
| CLAIM | DAVID F BIESEMEYER | | PROVIDENCE HEALTH SERVICES - ALASKA | WASILLA | [illegible] | $1-$25 | [illegible] |
| CLAIM | DAVID F BIESEMEYER | | PROVIDENCE HEALTH SERVICES - ALASKA | ANCHORAGE | 99516 | $26-$50 | [illegible] |
| CLAIM | DAVID P BIESEMEYER | | PROVIDENCE HEALTH SERVICES - ALASKA | ANCHORAGE | 99516 | $1-$25 | 2221915 |
| CLAIM | DAVID P BIESEMEYER | | PROVIDENCE HEALTH SERVICES - ALASKA | ANCHORAGE | 99516 | $1-$25 | 2221972 |
| CLAIM | DAVID P BIESEMEYER | | PROVIDENCE HEALTH SERVICES - ALASKA | ANCHORAGE | 99516 | $26-$50 | 2221974 |
| CLAIM | DAVID P BIESEMEYER | | PROVIDENCE HEALTH SERVICES - ALASKA | ANCHORAGE | 99516 | $1-$25 | 2221975 |
| CLAIM | DAVID F BIESEMEYER | | COUNTRY MUTUAL INSURANCE CO | ANCHORAGE | [illegible] | $26-$50 | 1961846 |

First  Previous    Next  Last