# 6.0 Printout memorializing the Bar Standing of Daniel R. Kirkham, MD, JD, in April of 2015.



6.0

Tuesday, April 5, 2015

ATTORNEY SEARCH

## Dan Romaine Kirkham - #60324

## Current Status: Active

This member is active and may practice law in California.

See below for more details.

## Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 60324 | | |
| **Address:** | Dan Romaine Kirkham Law<br>420 N McKinley 111-466<br>Corona, CA 92879 | **Phone Number:** | (951) 760-2448 |
| | | **Fax Number:** | (951) 549-0652 |
| | | **e-mail:** | |
| **County:** | Riverside | **Undergraduate School:** | Brigham Young Univ; Provo UT |
| **:** | District 4 | | |
| | None | **Law School:** | Western State Univ; CA |

## Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 1/20/2011 | Active |
| 11/1/1999 | Inactive |
| 3/16/1998 | Active |
| 1/1/1996 | Inactive |
| 8/16/1974 | Admitted to The State Bar of California |

## Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

http://members.calbar.ca.gov/fal/Member/Detail/60324

4/5/2015