# 6.1 Printout memorializing the Bar Standing of Daniel R. Kirkham, MD, JD, on March 27, 2024.

G /



# The State Bar *of California*

## Attorney Discipline

Attorney discipline summaries in this section are based on discipline orders, but are not official records. Official discipline information can be found on an attorney's profile and in the State Bar Court case search Copies of official attorney discipline records are available upon request.

**Select County**

All Counties ⌄

## Dan Romaine Kirkham of Corona disbarred due to tax evasion conviction

f  X  in  ✉

Monday, April 9, 2018    Categories: Attorney Discipline, Disbarments

Dan Romaine Kirkham [#60324], 84, of Corona, was disbarred effective March 31, 2018, and ordered to notify clients of the discipline and perform other obligations under rule 9.20 of the California Rules of Court. Kirkham was found guilty of one count of attempt to evade the payment of taxes and one count of conspiracy to defraud the federal government, crimes involving moral turpitude. The crimes occurred in connection with his use of a "warehouse" bank called the Christian Patriot Association. The bank was designed to conceal income and assets of customers  Kirkham was sentenced to 30 months in jail Kirkham had no previous record of discipline and the court found that his 19 discipline-free years in practice should be considered in mitigation of his conduct.

**Effective Discipline Date:** March 31, 2018

Tags: Riverside County

Copyright © 2024 The State Bar of California