# 7.0 LinkedIn profile for Joe Enos Farias

7.0

## Contact

www.linkedin.com/in/joe-enos-farias-iii-7b741b211 (LinkedIn)

## Top Skills

English
Presentations
Leadership

# Joe Enos Farias III

Guardian | Entrepreneur | Transactional Real Estate Investor Engineer | Certified Reverse REO Specialist

## Experience

**FULFILLING THE LAW CENTER OVERSEER & SUCCESSORS, A ECCLESIASTICAL CORPORATION SOLE**
Guardian
June 2013 - Present (10 years 10 months)
A Guardian of Souls that Look Over their Welfare and their Well-Being.