# 8.0 A Notice of Breach of Covenant by Billy Travis Severance (Billy Everson)



## NOTICE OF BREACH OF COVENANT BY Billy Travis Severance
### and Inducement to Covenant by fraud

The requisite elements of criminal fraud, theft by false pretense, intentional deception of a victim by false representation or pretense with the intent of persuading the victim to part with property and with the victim parting with property in reliance on the representation or pretense

Re: Lot 11, Freeman Subdivision
Anchorage, Alaska

Fact #1  On or about the 3rd week of April, 2015  David Paul Biesemeyer, hereafter "David Paul" was preparing to pay back taxes on property he owned for 28 years.

Fact #2  David Paul received a recommendation to call Dan Kirkham, hereafter "Dr Dan" and Billy Travis Severance, hereafter "Billy Travis" regarding discharging the tax account with commercial paper.

Fact #2 / **Lie #1**  I spoke to Dr. Dan Kirkham on the phone about my exessive tax bill and that I was preparing to pay it and Dan told me **"do not pay the Municipality of Anchorage** (with Federal Reserve Notes), bring the money to us, *we will take care of it"*

Fact # 3 **Lie #2** On or about March 20, 2015, I flew to Terrance California and met with Billy Travis and Dr. Dan.   **I was told not to discuss fees with Billy Travis and that Dr. Dan would negotiate honorarium fees on behalf of Billy Travis. (May 2018, Dr Dan claimed he is oblivious to the facts in this case and he had nothing to do with it and he is not responsible for the actions of his clients)**

Fact #4 Dr Dan, told me that he was both a Doctor and a lawyer and that he was "very smart" **(lie #4)**. He said that and that **I needed "emergency surgery"** and he did not have the time to explain everything to me.

Fact #5   **Dr. Dan told me that Billy Travis had  "100% success rate" working on similar cases of law and fact.  Billy Travis said the he had won 5 similar cases in Federal Court.** (From my studies, I learned  that if one  has two cases of Identical law and facts, one can be assured a similar result the third time on a similar case.   Based  upon a licensed attorney telling me of Billy's successes, I accepted Billy's "covenant". **(Lie #5 no forensic evidence that his sucesses in Federal Court are not a lie)**

Fact #6   Billy Travis was paid $900 initially to review my case.  Dr Dan asked me if I had $10,000 dollars to get started on setting off the tax bill to which I affirmed.  **Dan told me  that the fee's would be $30,000 and  then make payments. (this was  lie #6, it was $34,000 make payments and abandonment).**

Fact #7  On or about March 22, 2015 a  covenant by and between Billy Travis Severance, hereafter "Billy" and David Paul Biesemeyer was signed. Billy agreed to pledge "OUR LIVES FORTUNES AND SACRED HONOR and listed Billy Travis Severance, David Paul Biesemeyer and YHWH in a covenant" **Billy lied to me "in covenant (Lie #7)". There is no honor among thieves.**

Fact #8  Billy began returning the coupons issued by the Municipality of Anchorage back to the Municipalilty of Anchorage affixed with Non-Negotiable acceptances for set-off of the tax account. **Billy said that the property would not go to sale. (lie #8)**

Fact #9  Soon after I paid $10,000 dollars, Dan called and expressed urgency that I pay them more. This continued 3 times until I had paid them in cash and gold (yellow metal) in the amount of $34,400 which is confirmed by Billy Travis's records.

Fact #10  A few days before the scheduled sale of the home at a Municipal tax auction, I called Dr Dan and expressed concern that the property was still scheduled for sale. Dr Dan said that I should continue with my trip to Hawaii and not worry about it.  **(legal advice from a licensed attorney)**

Fact #11  I spoke with Dr Dan in April of 2018 and informed him that the property had been sold at public auction and Dr. Dan replied, **"we will remove it to Federal Court".  Three years later in April of 2018, Dr Dan said "we never take cases to Federal Court".  Lie #9**

Fact #12  Dan called and said that I owed yet another $11,000 dollars and that they would discontinue working on my case until I paid.**(lie #10, they discontinued working on my case even after I paid)**

Fact # 13  On or about September 27, 2015,  8 State Troopers arrived at my property and evicted me from my home of 28 years and dispossessed me of the contents of the home acquired over a 28 year period.   **Billy lied and said this would not happen Lie #8)**

Fact #14    On or about October 3 I flew to Terrance California and met with Dr Dan and Billy Travis at one of Dr Dans' wife's storefronts.  I reminded them that the agreement was to pay $30,000 dollars and then make payments and that I had already paid them well in excess of $30,000 ($34,400).  **They attempted to change the agreement (Lie # 11 attempted to renege and change agreement)**

Fact #15  On the second day negotiating (October 3,2015), Billy agreed file a Federal Removal of my case if I paid $1,000 per month in "honorariums". I went to a Bank and gave them $1,000 cash. **Billy said that he would file the removal on the following Monday (February 5, 2015). Lie #12**

Fact #16  Billy Travis did not file a Federal Removal as he promised on October 5, 2015 but two months later he returned my phone call and told me that **the removal was "my highest priority". Lie #13 , In April of 2018 Billy Travis said he could not recall saying that… Which may be true, since forensic evidence shows that Billy Travis does not keep his word and is indifferent to the losses people incur resulting from  his lies. He does not recall, since he has shown indifference to other peoples losses after  he receives their money.**

Fact #17     On covenant, Billy VOWED to "communicate" **LIE #14  Billy quit returning phone calls but continued to accept my payments each month of $1,000 dollars.**

Fact #18 April of 2018, Billy Travis told me that the reason that he quit working on my case was that I ran out of money (**This is an outright lie #15**)( I paid every penny and kept every promise)

Fact #19 **Billy indicated that I had not kept the covenant because I did not read 4 books LIE #16** (he did not say what the books were and how he knew that I did not read them.

Fact #20 After I completed paying him the debt for the redundant paperwork, I paid him an extra $2,000 dollars placed it in an envelope with an attached card that said "for help with the removal". When I spoke with Billy Travis **on April 2018, he said that he never said that he would remove the case to federal court.** LIE #? I lost track of the number of lies. When I asked him if he was going to return the money I sent him "for help with the removal" he said that he would not. (more forensic proof that he is a thief and a liar.

Fact #20 Dr Dan admitted in a conversation that "most people" [they work with] run out of money. Which is an admission that they take all available money from desperate people that they work with and do not help them. I did not run out of money, **they are lying**. I kept every agreement and Billy did not and is in breach of covenant before YHWH.

Fact #21 Contrary to fact #3, **Dan said that he did not know anything about my case (Lie 17)** and it was between me and Billy and he cannot be responsible for the actions of his clients. (Dr Dan told me while soliciting my honorariums that he was very smart and was a Dr and that I needed "emergency surgery" and he did not have the time to explain to me.
One of the reasons I agreed to "covenant with Billy" was that a licensed attorney indicated that "he was smart" and knew how to remove a case to federal court where Billy had previously had 5 successes.

YHWH offers justice without price, Billy Travis offers Price without justice.

Like a man willing to take your life for $40 dollars, Billy was willing to take 30 years of my life for a quick $50,000, filling out redundant paperwork with no forensic evidence that he had intention of completing the task to which he covenanted to perform. Is not the former murder more compassionate than the latter thief?

*(Note: When I met with Dan and Billy on October 3, 2015, they indicated that I owed $11,000. I Pointed out that several of the properties that he had started process on, I had not authorized him to do so and I paid the taxes in the conventional way, with Federal Reserve Notes. Billy agreed to discount $2,000 from the $11,000 bill to $9,000 - I actually paid him $5,000 and he credited me $2,000 for this unauthorized work.*

*Later I sent a correspondence from the court for him for reply and an additional $2,000 "honorarium". I could have done it myself, but was still holding out hope contrary to the evidence that I was not dealing with a con man and that he would complete the Federal Removal.*

**He accepted more money from me than what was owed I owed but still asserts "I ran out of money" (LIE #)**

May of 2018, Billy was asked if he had a better template for what he used for a federal removal of this type of case, Billy responded that his information was "proprietary" and that he was not going to give it to me. (Admits covenant was obtained by lie: **"I will continue until the state purpose and goals are attained" LIE 22.**

I am told that to file the paperwork in Federal court would require certification of all of the citations. So how was Billy planning on filing on October 5, 2015 if he did not have them? Conclusive evidence if Billy did not have certifications, that **Billy was lying to me on October 3, 2015, when he said he would file the removal the following Monday, (LIE 23)** gave me a holy kiss, said he loved me **(LIE 24)** and asked me to pay for a $230 dollar lunch.

**Covenant Lie: Billy Travis: "I vow.... With full understanding I will continue until the state purpose and goals are attained"** A lie to induce covenant **LIE #**

Billy was content to let me lose my home of 30 years plus the contents, so that he could make a quick $50,000 and indifferent to the harm he has caused. He was aided in this scheme to commit fraud with the aid of Dr Dan Kirkham a licensed attorney.

This is not a matter of going to court and losing, it is a matter of fraud based upon lies, and non performance.

May God help you two when the time comes for you to give account before God, for the deeds you performed on earth... I pray you find the true Jesus, that is able to make you clean. Seek and you will find, knock and it will be opened to you". The forensic evidence is, that you have not found him. "One sinner destroys much good" A tree is known by its fruit. "Lord, forgive them, know not what they do or the destiny of their final abode.

This is meant to a factual account, if these facts are not true, please respond within 30 days to avoid stipulating that all of these facts contained herein are true.

David Paul Biesemeyer<br>
P.O. Box 110751<br>
Anchorage, Alaska