**9.0   A Notice and Repentance of Sin dated May 14, 2015, written so as to give the reader the impression that it was written by Biesemeyer, but it was not.**

Dan Romaine Kirkham MD JD  
420 North McKinley Street 111-466  
Corona California



LOS ANGELES CA 900

14 MAY 2015 PM 9 L



9.0A

David Paul Biesemeyer  
c/o Post Office Box 110751  
Anchorage Alaska

# NOTICE OF AND REPENTANCE OF SIN

Notice Date: Day: Fourteen    Month: Five    Year: 2015 C.E.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE
Honorable John Suddock, Judge of the Superior Court
825 West 4th Avenue
Anchorage Alaska 99501

In reply to: "Case No. 3AN-13-05671"

**PLEASE TAKE NOTICE** that I, David Paul Biesemeyer, sentient moral being, have examined the path my feet are on, and conclude that I have greatly sinned. I have dishonored numerous persons including the Municipality of Anchorage, certain Employees, the Honorable Superior Court, and the Honorable Judge sitting on the bench. I have made many mistakes. Furthermore, I am sorry for my many sins. Therefore I repent now of every sin I have committed. As I become aware of other sins I have committed I will repent immediately.

## I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.

Sincerely,

David Paul Biesemeyer
c/o Post Office Box 110751
Anchorage Alaska

cc: H Frank Cahill; ABA #8611099 880 N Street, Suite 203, Anchorage Alaska 99501
cc: Carolyn Wehr in care of: H Frank Cahill; ABA #8611099 880 N Street, Suite 203, Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Nesbett Courthouse Office of the Clerk of Court 825 W. 4th Ave., Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Nesbett Courthouse The Honorable Judge Hanley 825 W. 4th Ave., Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Boney Courthouse Office of the Clerk of Court 303 K. St., Anchorage Alaska 99501
cc: IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT ANCHORAGE Boney Courthouse The Honorable Judge Hanley 303 K. St., Anchorage Alaska 99501
cc: IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE Clerk of the Court 825 West 4th Avenue, Anchorage Alaska 99501
cc: IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE Cynthia Lee, Clerk of the Trial Courts for the State of Alaska 825 West 4th Avenue, Anchorage Alaska 99501
cc: IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD JUDICIAL DISTRICT AT ANCHORAGE Judicial Assistant/Deputy Clerk 825 West 4th Avenue, Anchorage Alaska 99501
cc: MUNICIPALITY OF ANCHORAGE Mayor Dan Sullivan P.O. Box 196650 Anchorage Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE Real Estate Services Jacque L. Tennis P.O. Box 196650 Anchorage Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE Debbie L. Reich Real Estate Service/Tax Foreclosure P.O. Box 196650 Anchorage Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE Real Estate Services Tammy Oswald, Director P.O. Box 196650 Anchorage Alaska 99519-6650
cc: MUNICIPALITY OF ANCHORAGE OFFICE OF THE MUNICIPAL ATTORNEY P.O. Box 196650 Anchorage Alaska 99519-6650