# 10.0  Document prepared by Kirkham and Everson and given to Biesemeyer sometime in 2015.

Biesemeyer
c/o
Numbers
Street
Anchorage Alaska


UNITED STATES DISTRICT COURT

WHATEVER DISTRICT OF ALASKA

| | |
|---|---|
| &^&*()% %$*@(*&*^#@(*)$ )<br><br>               Plaintiff )<br>vs. )<br><br>Beisemeyer Occupants )<br>)<br>)<br>              Aggrieved )<br>)<br>_____ ) | Case No. ):$@-*^-%#@*(-*<br><br>**NOTICE OF NO ABILITY TO SUSTAIN A PERSONA STANDI IN JUDICIO (NOT A PLEADING)** |

     **PLEASE TAKE NOTICE** that I, David Paul Biesemeyer herein the aggrieved, am informed and believe that I have "**no ability to sustain a persona standi in judicio**"[1]

     The aggrieved is informed and believes that "**since March the 9th, 1933 the United States has been in a state of declared national emergency.**[2]

     The aggrieved is informed and believes that "**when Congress declares an emergency there is no Constitution; This means its death . . . there is no longer any workable Constitution to keep the Congress within the limits of its Constitutional powers.**"[3]

     The aggrieved is informed and believes that "This vast range of powers, taken together, confer enough authority to rule the country without reference to normal constitutional processes. Under the powers delegated by these statutes, the **President** may: seize property; organize and control the means

---

[1] To define, regulate, and punish trading with the enemy. Memorandum of American cases and recent English cases on the law of trading with the enemy, *The Julia (1813)* (1 Gallison, 594, 602, 603)

[2] Senate Report 93-549, 1973

[3] Congressional Record 1933, Congressman Beck

of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and, in a plethora of **particular ways, control the lives of all American citizens**"[4]

The aggrieved is informed and believes that "For [more than] 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency." . . . "And, in the United States, actions taken by the Government in times of great crisis have - from, at least, the Civil War - in important ways shaped **the present phenomenon of a permanent state of national emergency.**"[5]

The aggrieved is informed and believes that "The actions, regulations, rules, licenses, orders and proclamations heretofore or hereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury **since March 4, 1933, pursuant to the authority conferred by Subsection (b) of Section 5 of the Act of October 6[th], 1917, as amended [12USCS Sec. 95a], are hereby approved and confirmed. (Mar. 9, 1933, c.1, Title I, Sec. 1, 48 Stat. 1.)**"[6]

The aggrieved is informed and believes that "An Act to provide relief in the existing **national emergency in banking, and for other purposes,** March 9, 1933 (H.R. 1491) (Public No. 1.)" and "**That the Congress hereby declares that a serious emergency exists** and that it is imperatively necessary speedily to put into effect remedies of uniform national application."[7]

The aggrieved is informed and believes that "The actions, regulations, rules, licenses, orders and proclamations heretofore or thereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury since March 4, 1933, **pursuant to the authority conferred by subdivision (b) of section 5 of the Act of October 6, 1917, as amended, are hereby approved and confirmed.**"[8]

---

[4] Senate Report 93-549, 1973

[5] Senate Report 93-549, 1973

[6] 12 USC § 95(b) Ratification of acts of President and Secretary of the Treasury under § 95a

[7] March 9, 1933 (H.R. 1491) Trading with the Enemy Act, amended. Approved, October 6, 1917

[8] Act of March 9, 1933 Title 1, Section 1

The aggrieved is informed and believes that **the Act of October 6, 1917 is "An Act to define, regulate, and punish trading with the enemy, and for other purposes."[9]**

The aggrieved is informed and believes that the Act of October 6, 1917, "shall be known as the Trading with the enemy Act", "the word enemy shall be deemed to mean . . . other than citizens of the United States"[10]

The aggrieved is informed and believes that in Section 2 of the Act of March 9, 1933 "Subdivision (b) of section 5 of the Act of October 6, 1917 (40 Stat. L. 411), **as amended**, is hereby amended to read as follows:" "(b) During time of war or during any other period of **national emergency declared by the President**, the President may, through **any agency** that he **may designate**, or otherwise, investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange, transfers of credit between or payments by banking institutions as defined by the President and export, hoarding, melting, or earmarking of gold or silver coin or bullion or currency, by any person within the United States or any place subject to the jurisdiction thereof".[11]

The aggrieved is informed and believes that "In the enactment clause Congress declared "that a serious emergency exists" 48 Stat.1. "The exclusion of domestic transactions, formerly found in the Act, was deleted from § 5 (b) at this time." **thus making enemies out of all American citizens including the aggrieved.[12]**

The aggrieved is informed and believes that "The Trading With the Enemy Act, originally and as amended, is strictly a war measure, and finds its sanction in the provision empowering Congress "to declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water" Const. Art. I, Sect. 8, cl. 11. P. 241".[13]

---

[9] Trading with the enemy Act, October 16, 1917 (H.R. 4960)

[10] Chapter 106 Sec. 2 and (c)

[11] Trading with the Enemy Act, as amended. Approved, October 6, 1917

[12] Senate Document 93-549, 1973

[13] Supreme Court decision, Stoehr v. Wallace, 255 U.S. 239 (1921)

The aggrieved is informed and believes that "Every species of intercourse with the enemy is illegal. The prohibition is not limited to mere commercial intercourse"[14]

The aggrieved is informed and believes that "**No contract is considered as valid between enemies**, at least so far as to give **them** a remedy in the courts of either government, and **they have**, in the language of the civil law, **no ability to sustain a *persona standi in judicio* **".[15]

The aggrieved is informed and believes that "By the general law of prize, property engaged in an illegal intercourse with the enemy is deemed enemy property. It is of no consequence whether it belongs to an ally or to a citizen; the illegal traffic stamps it with the hostile character, and attaches to it all the penal consequences of enemy ownership".[16]

The aggrieved is informed and believes that "The law of prize is part of the law of nations. In it, a hostile character is attached to trade, independently of the character of the trader who pursues or directs it. Condemnation to the use of the captor is equally the fate of the property of the belligerent and of the property found engaged in anti-neutral trade. **But a citizen or an ally may be engaged in a hostile trade, and thereby involve his property in the fate of those in whose cause he embarks**".[17]

The aggrieved is informed and believes that "The produce of the soil of the hostile territory, as well as other property engaged in the commerce of the hostile power, as the source of its wealth and strength, are always regarded as legitimate prize, without regard to the domicile of the owner".[18]

The aggrieved is informed and believes that "In general, **during war, contracts with, or powers of attorney or agency from, the enemy executed after outbreak of war are illegal and void;** contracts entered into with the enemy prior to the war are either suspended or are absolutely terminated;

---

[14] The Rapid Case (1814), To Define, Regulate, and Punish Trading With The Enemy. Appendix B. Memorandum of American Cases and Recent English Cases on The Law of Trading With the Enemy. By Charles Warren, Assistant Attorney General of the United States

[15] The Julia Case (1813); see footnotes 1 and 14 supra

[16] The Sally Case(1814) ; see footnotes 1 and 14 supra

[17] The Rapid Case (1814); see footnotes 1 and 14 supra

[18] Prize Cases (1862)

partnerships with an enemy are dissolved; powers of attorney from the enemy, with certain exceptions, lapse; payments to the enemy (except to agents in the United States appointed prior to the war and confirmed since the war) are illegal and void; **all rights of an enemy to sue in the courts are suspended."**[19]

The aggrieved is informed and believes that "But it is necessary always to bear in mind that a war can not be carried on without hurting somebody, even, at times, our own citizens. The public good, however, must prevail over private gain. As we said in *Bishop v. Jones* (28 Texas, 294), there cannot be "a war for arms and a peace for commerce". One of the most important features of the bill is that which provides for the **temporary taking over of enemy property."**[20]

The aggrieved is informed and believes that "**the ultimate ownership of all property is in the State; individual so-called "ownership" is only by virtue of Government,** i. e., law, amounting to mere user; and use must be in accordance with law and subordinate to the necessities of the State."[21]

The aggrieved is informed and believes that on March 2nd, 1933 President Herbert Hoover wrote to the **Federal Reserve Board of New York asking for their recommendations for action** based on the over-all situation at that time and the Federal Reserve Board of New York responded with "Resolution Adopted By The Federal Reserve Board Of New York. **Whereas, in the opinion of the Board of Directors of the Federal Reserve Bank of New York, the continued and increasing withdrawal of currency and gold from the banks of the country has now created a national emergency . . ."**[22]

The aggrieved is informed and believes that **the Federal Reserve Board of New York resolved "Now, therefore, Be it Resolved, in this emergency, the Federal Reserve Board is hereby requested to urge the President of the United States to declare a bank holiday, Saturday, March 4, and**

---

[19] Case of the William Bagaley (5 Wall., 377) (1866); see footnotes 1 and 14 supra

[20] Memorandum of Law; see footnotes 1 and 14 supra; Bishop vs. Jones (28 Texas, 294)

[21] Senate Document No. 43, Contracts Payable in Gold (1933)

[22] Federal Reserve Board of New York's resolution, March 3, 1933

**Monday, March 6 . .**" "Whereas, it is provided in Section 5 (b) of the Act of October 6, 1917, as amended, that "The President may investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange and the export, hoarding, melting, or earmarkings of gold or silver coin or bullion or currency, * * *"[23]

The aggrieved is informed and believes that at the urging of the Federal Reserve Bank of New York, **President Roosevelt declared the existence of a national emergency** and proclaimed a Bank Holiday March 6-9 Inclusive, relying on **the Federal Reserve Board of New York proposed executive order and Section 5(b) of the Act of October 6, 1917 as amended, for authority.**[24]

The aggrieved is informed and believes that **the Act of March 9, 1933 "is a dictatorship over finance in the United States. It is complete control over the banking system in the United States . . . It is difficult under the circumstances to discuss this bill. The first section of the bill, . . . is practically the war powers that were given back in 1917."[25]

The aggrieved is informed and believes that ". . . in defining the meaning of the term 'enemies' property,' we will be led into error if we refer to Fleta or Lord Coke for their definition of the word, 'enemy'. It is a technical phrase peculiar to prize courts, and depends upon principles of public policy as distinguished from the common law."[26]

The aggrieved is informed and believes that, ". . . that almost every Executive order ever issued straddles on several grounds, but it almost always includes the Trading With the Enemy Act because the language of that act was so broad, **it would justify almost anything.**"[27]

The aggrieved is informed and believes that, "**Most difficult from a standpoint of standing to sue.** The Court, you might say, has enlarged the standing rule in favor of the litigant. **But I don't think**

---

[23] Public Papers of Herbert Hoover, Federal Reserve Board resolution

[24] Executive Order, Proclamations March 5, 1933, March 6, 1933

[25] Congressional Record of March 9, 1933

[26] Prize Cases (1862)

[27] 93-549, Mr. Katzenbach

it has reached the point, presently, that would permit many such cases to be litigated to the merits." . . . if Congress doesn't act to standardize, restrict, or eliminate the emergency powers, **that no one else is very likely to get a standing in court to contest."[28]**

The aggrieved is informed and believes that "If the President can create crimes by fiat and without congressional approval, our system is not much different from that of the Communists, which allegedly threatens our existence." . . . "enormous Scope of Powers . . . A time Bomb."[29]

The aggrieved is informed and believes that "As a consequence, a "national emergency" is now a practical necessity in order to carry out what has become the regular and normal method of governmental actions. What were intended by Congress as delegations of power to be used only in the most extreme situations, and for the most limited durations, have become everyday powers, **and a state of "emergency" has become a permanent condition."[30]**

The aggrieved is informed and believes that "the existence of war and the restoration of peace are to be determined by the political department of the Government, **and such determination is binding and conclusive upon the courts, and deprives the courts of the power of hearing proof and determining as a question of fact either that war exists or has ceased to exist."[31]**

The aggrieved is informed and believes that "When the sovereign authority shall choose to bring it into operation, **the judicial department must give effect to its will. But until that will shall be expressed, no power of condemnation can exist in the court."[32]**

The aggrieved is informed and believes that **"Just how effective a limitation on crisis action this makes of the Court is hard to say. In light of the recent war, the Court today would seem to be a fairly harmless observer of the emergency activities of the President and Congress. It is**

---

[28] Senate Report 93-549

[29] Senate Report 93-549

[30] Attorney General of the United States, May 21, 1973

[31] 65th Congress, 1st Session Doc. 87

[32] 65th Congress Constitutional sources of Laws of War

highly unlikely that the separation of powers and the Tenth Amendment will be called upon again to hamstring the efforts of the government to deal resolutely with a serious national emergency."[33]

The aggrieved is informed and believes that "Goods taken on land from a public enemy are called booty; and the distinction between a prize and booty consists in this, **that the former is taken at sea and the latter on land.**"[34]

The aggrieved is informed and believes that "Should the President desire to utilize the services of the Federal courts of the United States in promoting this purpose or military undertaking, since these courts derive their jurisdiction from Congress and do not constitute a part of the military establishment, he must secure from Congress the necessary action to confer such jurisdiction upon said courts." "**The laws and usages of war make a distinction between enemies' property captured on the sea and property captured on land; ***in the absence of Congressional action.**" "The right of confiscation is a sovereign right. In time of peace, the exercise of this right is limited and controlled by the domestic constitution and institutions of the Government. **In time of war, when the right is exercised against enemies' property as a war measure, such right becomes a belligerent right, and as such is not subject to the restrictions imposed by domestic institutions, but is regulated and controlled by the laws and usages of war.**"[35]

The aggrieved is informed and believes that "**The district courts of the United States are hereby given jurisdiction to** make and enter all such rules as to notice and otherwise; and all such orders and decrees; and to issue such process as may be necessary and proper in the premises to **enforce the provisions of this Act.**"[36]

The aggrieved is informed and believes that **Congress failed to REPEAL Section 5(b) of the Act of Oct 6, 1917 as amended choosing CONTINUATION OF CERTAIN EMERGENCY**

---

[33] Senate Report 93-549

[34] Prize Court, Bouvier's Law Dictionary page 377

[35] The Confiscation of Private Property of Enemies in War, published by order of the Secretary of War in 1902

[36] The Trading With the Enemy Act, Section 17 of the Act of October 6, 1917

POWER AND OTHER STATUTES.[37]

The aggrieved is informed and believes that this instant matter is treason against the United States. "Treason against the United States shall consist only in levying War against them or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court."[38]

**The aggrieved is informed and believes that he for reasons including but not limited to Presidential Proclamations 2039 and 2040 and the Act of October 6, 1917 as amended specially Section 5 (b) has no ability to sustain a persona standi in judicio.**

Month Day, 2015                                         _____

                                                        David Paul Biesemeyer

cc:
cc:
cc:
cc:
cc:
cc:
cc:
cc:
cc:
cc:
cc:
cc:

---

[37] Public Law 94-412, Title V Sec 502(a)(1), Sept. 14, 1976, 90 STAT. 1258

[38] Article 3, Section 3 of our Constitution