**10.1 A document denoted as a private covenant in Deed that was signed by Biesemeyer and Billy Travis Severance, also known as Billy Everson, and dated March 22, 2015.**

# A PRIVATE COVENANT IN DEED

## WE COMMIT OUR LIVES, OUR FORTUNES, AND OUR SACRED HONOR

## AN AGREEMENT BETWEEN MAN AND MAN AND MAN AND YHWH

These vows are knowingly, willingly, voluntarily, intentionally and intelligently entered into, are governed by the Tanak, and more particular the Torah and Ten Commandments as given to Moshe by YHWH our Elohim. The cornerstone of this Private Covenant in Deed is the Unwritten Law, particularly Equity and Common Law.

## THIS PRIVATE COVENANT IN DEED IS NOT COMMERCIAL, IS NOT COMMERCE, AND IS NOT:

"The exchange of goods, productions, or property of any kind, the buying, the selling, and exchange of articles. The transportation of persons and property by land, water, and air."

"Intercourse by way of trade and traffic between different peoples or states and the citizens or inhabitants thereof, including not only the purchase, sale, and exchange of commodities, but also the instrumentalities and agencies by which it is promoted and the means and appliances by which it is carried on, and transportation of persons as well as goods, both by land and sea."

## THIS PRIVATE COVENANT IN DEED IS NOT AN ASSOCIATION IN OR

with "Affecting Commerce," "Chamber of Commerce," "Interstate Commerce," "Foreign Commerce," Interstate Commerce Act," "Interstate Commerce Commission," "Intrastate Commerce," nor any other Relative of Commerce.

## THIS PRIVATE COVENANT IN DEED IS NOT AND DOES NOT MEAN

"trade, traffic, commerce, transportation, or communication among the several States or between the District of Columbia or any Territory, or between any foreign country and any State Territory, or the District of Columbia, or between the District of Columbia or any Territory of the United States and any State or other Territory, or within the District of Columbia or any Territory, or between points in the same State but through any other State or any other Territory of the District of Columbia or any Foreign country."

## QUESTIONS

When, What, Where, How, Why, Who?

## ANSWERS

Are discovered in the Unwritten Law.

# THE CALL, THE COMMAND IS TO "COME OUT OF HER MY PEOPLE"

Lest you share in her sins, and lest you receive of her plagues" (Hazon Chapters 13, 14, 15, 16, 17, 18).

Every man and woman must first declare

## "I AM WHERE I AM AND WHAT I AM BECAUSE OF ESTABLISHED HABITS OF THOUGHTS AND DEEDS!"

- "It matters not whether a man gives his consent by his words or by his acts and deeds."
- "Consent created, necessity established, or custom has confirmed every law."
- "He who is silent is deemed to consent."
- "Every consent removes error."
- "Those who err are not deemed to consent."
- "He who makes a mistake does not consent."

### The Definite Major Purpose of this Private Covenant in Deed is

"I MUST TAKE FULL POSSESSION OF MY OWN MIND, MY OWN WILL, MY OWN EMOTIONS, THEREBY TAKE POSSESSION OF EVERY THING ELSE TO WHICH I POSSESS A FUNDAMENTAL RIGHT."

### QUESTIONS

When, What, Where, How, Why and Who.

### ANSWERS

Are found in the Unwritten Law.

- "The first thing necessary to cure a mistake is to discover the error; the second is to confess the mistake; the third is to avoid the error."

### QUESTIONS

When, What, Where, How, Why and Who

### ANSWERS

Are discovered in the Unwritten Law

### RIGHTS DUTIES NATURAL ABSOLUTE CONVENTIONAL RELATIVE

- "I am a bundle of rights and duties that include the reciprocal. My rights as to you are your duties toward me. Your rights as to me are my duties toward you."

> "For thus says YHWH of hosts,***These are the words you should do: speak the truth to one another, judge with right-ruling for peace in your gates. And do not plot evil in your heart against another, and do not love a false oath. For all these I hate declares YHWH" (Zekaryah 8:14a, 16, 17).

My natural rights are my duties to repent of conventional rights. My absolute rights are my duties to repent of relative rights. My natural or absolute rights are from the nature of my existence, and include personal security, personal liberty and property. My duties are to repent of these conventional or relative rights created by "convention" and rights created by "contract."

## RESPONSIBILITY

I cannot obtain security without managing it.
I cannot obtain action without thinking about it.
I cannot inflict theft, injury and death upon others without having to contemplate either life or death.
I cannot avoid responsibility for my own intentions.
I cannot obtain the benefits of reality and science without exerting myself in the discipline of facing and learning either of these.

> "Ignorance will forever be governed by Knowledge. Those who aim to be their own governor must arm themselves with the power Knowledge provides."
> "[A] nation or world of people who will not use their intelligence are no better than animals who have no intelligence. Such people are beasts of burden and steaks on the table by choice and consent."
> "[Public] cannot express their feelings in a rational way or handle the problem with intelligence. Therefore they do not know how to cry for help and do not know how to associate with others to defend themselves against it."

## MY MASTER MIND

My Master Mind is not limited to, and includes Rosalie J. Slater, M. A., Noah Webster, Henry Campbell Black, M. A., Joseph R. Nolan, Jacqueline M. Nolan-Haley, M. J. Connolly, Stephen C. Hicks, Martina N. Alibrandi, A. Lincoln Lavine, A. B. LL. B., J. D., YHWH, Yahushua, Arthur P. Bell, Ph. D., Patricia G. Horan, William Cooper, William C. Burton, Esq., Brian Burton, Esq., Jenise Hayes, Vanita Visnubhakat, Harold L. Harris, Michal Hoschander Malen, Joan Gudesblatt, Barbara Wilberg Alverson, Arlene Rogat, Yvonne Antokas, Montesantos, Dorit King, Ethel Jane Osterman, Camille Capobianco Taranto, Karen Dritto, Ronald M. Malen, Michele M. Mandelbaum, finally certainly not last or **LEAST** — William O. Douglas, Justice U.S. Supreme Court 1939-1975. Other minds will be included in the coming days, weeks, months and years.

A comprehensive enumeration of instructions may begin with Noah Webster's First Edition of An American Dictionary of The English Language 1828, several hundred pages; Black's Law Dictionary 6th Edition 1,657 pages; William C. Burton's Legal Thesaurus, Fourth Edition, 1,063 pages; Manual on

Commercial Law (1948), National Edition, 1,093; The Scriptures, Institute For Scripture Research, 1,250 pages; Behold A Pale Horse, 500 Pages; others will be included in the coming days, weeks, months and years.

"***absolute understanding is the measure of perfection. ***just resolution of issues. The primary tool***communication by written and oral language. ***the individual word. ***each word may have several meanings. ***the use of a single word. ***a case may hinge. Only by using precise language can the waters remain clear and un-muddied allowing justice to take its course unfettered by those who would mislead or misrepresent." William O. Douglas

**"POWER MAY BE VERY DANGEROUS OR IT MAY SERVE TO GLORIFY CERTAIN PEOPLE, ACCORDING TO THE WAY IT IS USED. MY MASTER MIND IS THE WAY TO GREAT POWER, AND LIKE ALL FORMS OF POWER, IT IS SUBJECT TO EITHER POSITIVE OR NEGATIVE APPLICATION BY THOSE WHO WIELD IT. MY MASTER MIND IS THE MEDIUM BY WHICH I MAY SUPPLEMENT THE POWER OF MY OWN MIND WITH THE KNOWLEDGE, EXPERIENCE, AND MENTAL ATTITUDE OF OTHER MINDS."**

- "When the foundations are destroyed, what shall the righteous do" (Mishle 11:3)?
- "An immense effect may be produced by small powers wisely and steadily directed" (Noah Webster, 1821)

## MASTER MIND PRINCIPLE

- "No man's influence ought to prevail upon us, that we should not follow better opinions should any one present them."
- "Opinion is of two fold, namely common opinion, which springs up among grave and discreet persons, and which has the appearance of truth, and opinion which arises among foolish and ordinary men."

## LAW

- "We may do only that which we are able to do lawfully."
- "The law never works an injury or does a wrong."
- "Law is the safest helmet; under the shield of the law no one is deceived."
- "Many things have been introduced into the common law which is contrary to the public good, which are inconsistent with Sound Reasoning."
- "The law assists the ignorant."
- "Any one may waive or renounce the benefit of a principle or rule of law that exists only for his protection."

# INJURY

- "He who stands on his own rights injures no one."
- "It is better to meet a thing in time, than to seek a remedy after an injury has been inflicted."
- "Not every loss produces an injury."
- "Violence and injury are especially hostile to peace."
- "No injury is done where the person injured consents."
- "Fiction of law is wrongful if it works loss or harm to anyone."
- "There can be damage or injury inflicted without any act of injustice."
- "No injury is done by things long acquiesced in."


- "The condition of the defendant is to be favoured rather than that of the plaintiff."
- "The position of the defendant is the better one."
- "The defendant by his pleading may make himself the plaintiff."
- "Ignorance of one's rights does not prejudice the right."
- "To be bound to know or to be able to know is the same as to know."
- "A wrong is not done to a person who understands and consents."

**THIS PRIVATE COVENANT IN DEED EXCLUDES ALL COLOR, CLOAK, CONCEALMENT, CUNNING, DECEIT, DECEPTION, DECEPTIVE COVERING, DISTORTION, EXAGGERATION, FALSENESS, GUILE, MISREPRESENTATION, PRETENSE, SUBTERFUGE, FRAUD, SHAM AND SCHEME.**

## WISDOM

- "Get wisdom, get understanding, Do not forget, nor turn away from the words of my mouth. Do not forsake her, and she will preserve you, love her and she will keep you." And in all your getting, get understanding."
- "The wisdom of the prudent is to understand his way, but the folly of fools is deceit."
- "Wisdom is better than weapons of war; but one sinner destroys much good."
- "Why is there in the hand of a fool the purchase price of wisdom since he has no heart to it?"

### KNOWLEDGE UNDERSTANDING INSTRUCTION

- "The tongue of the wise uses knowledge aright, but the mouth of fools pours out foolishness."
- "The heart of the prudent acquires knowledge, and the ear of the wise seeks knowledge."
- "Wisdom rests in the heart of him who has understanding, but what is in the heart of fools is made known."
- "He who gets wisdom loves his own soul; he who keeps understanding will find good."
- "Listen to counsel and receive instruction, that you may be wise in your latter days."
- "He who does not prohibit the intervention of another in his behalf is deemed to have authorized it."

# EQUITY

- "Nothing is agreeable to natural equity as that a thing should be dissolved by the same means by which it was bound."
- "The law delights in equity, it grasps at perfection; it is the rule of right."
- "In a fiction of law, equity is always present."
- "The law regards equity."
- "We will sell to none, we will deny to none, we will delay to none, either equity or justice."
- "A Judge ought always to have equity before his eyes."
- "Equity assists ignorance, but not carelessness."
- "The laws aid the vigilant and not those who slumber."

"For thus said YHWH, you have been sold for naught, and you are redeemed not with silver" (Yeshayahu 52:3).

"For the redemption of their lives is costly***" (Tehillim 49:8a).

# REDEEM, REDEMPTION

Repurchase, by back, deliver, emancipate, get back, liberate, obtain, ransom, recall, recapture, reclaim, recoup, recover, regain, release, replevin, replevy, repossess, rescue, retrieve, **RIGHT TO REDEEM,** satisfy debts, absolve, **ATONE,** compensate, do penance, **EXPIATE,** give, satisfaction, make amends, make up for, offset bad debts, **PROPITIATE,** reform, satisfy, set straight, shrive, **TURN FROM SIN, DELIVERANCE,** indemnification, reclamation, recovery, release, reparation, repossession, rescue. Restoration, retrieval, return, **SALVATION, RIGHT OF REDEMPTION.**

."Then YHWH raised up [judges] who saved them from the hand of those who plundered them. However, they did not listen to their [judges] either***And when YHWH raised up [judges] for them, YHWH was with the [judge] and saved them from the hand of their enemies all the days of the [judge], for YHWH had compassion on their groaning because of those who oppressed them and crushed them" (Shophetim (Judges) 2: 16, 17a, 18.

## QUESTIONS

When, What, Where, How, Why and Who?

## ANSWERS

Are discovered in the Unwritten law

# LOGISTICS

"The successful application of an effective strategy requires a careful study of all the inputs, output, the strategy connecting the inputs and the available energy sources to fuel the strategy. This study is called logistics. A logical problem is studied at the elementary level first, and then levels of greater complexity are studied as a synthesis of elementary factors."

# ENERGY

"Energy is recognized as the key to all activity on earth. "The means is knowledge; the end is control. "The means always justifies the end. "Energy is accounted for in dollars. "Mathematics is the primary energy science. "Who will be the beneficiary?"

# VOWS

## WHAT DEEDS WILL EACH COVENANT

**VOWER**     David Paul Biesemeyer

**Date: Month: Three          Day: Twenty-two     Year: 2015 C.E.**

I vow, and recognize obstacles to be surmounted, and to use Spiritual Power available to remove every obstacle.

I vow, and recognize that I have absolute control over all my thoughts, and need a close relationship with YHWH, and faith for wisdom in action to produce positive results.

I vow, to become self-reliant, take personal initiative, self disciplined, apply continuous effort and maintenance of study for wisdom, instruction, and understanding to attain my stated purpose and goal.

I vow, to harness the minds of lawyers, judges, and professionals from wisdom books I now have or acquire.

I vow, to maintain a singleness of purpose, and from day one take full responsibility.

I vow, to pay whatever the price to attain my stated purpose and goal.

I vow, to seek equity and I vow to do equity at all times and in every situation.

I vow, to learn of and to manage my security.

I vow, to learn of and to think and obtain action.

I vow, to never inflict theft, harm, injury, and death upon others.

I vow, to become, and to take full responsibility for my own intentions.

I vow, to exert myself in the discipline of facing and learning reality and science so that I may profit from them.

I vow, to become private.

**VOWS David Paul Biesemeyer**     continued

I vow, to leave the public and to lawfully settle every claim that may be presented.

I vow, to be willing, and to think and survive as the fittest to survive, to solve the problem for myself.

I vow, to bear fruit, 30, 60, or 100; Recognizing that my energy has value.

I vow, to be accountable to YHWH, and to every other Vower in the context of the Tanak, the Ten Commandments, and this Private Covenant in Deed.


**VOWER**     **Billy Travis Severance**

**Date: Month: Three**     **Day: Twenty-two**     **Year: 2015 C.E.**

I vow, upon receiving the first advance of honorarium, I will immediately begin a careful study of the claimants program, to determine the events required to apply an effective strategy for repentance, atone, make amends, satisfy, and replevin **David Paul Biesemeyer** fundamental rights through equity.

I vow, to communicate the series of initial actions required according to the record to begin to obtain redemption.

I vow, upon receiving the second advance for honorarium to begin sending support knowledge, wisdom and instructions necessary for **David Paul Biesemeyer** to accomplish the stated purpose and goals for redemption written within this Private Covenant in Deed.

I vow to deliver **David Paul Biesemeyer** a private personal copy of every written response to each Presentment already received, and that **David Paul Biesemeyer** will receive up to and including six hundred replies. With full understanding I will continue until the stated purpose and goals are attained.

I vow, to honor **David Paul Biesemeyer** influence for the fruit 30, 60, or 100 people.

I vow, my private avenue of communication is open and will remain open to **(Natural Man)**.

I vow, to be accountable to YHWH, accountable to **David Paul Biesemeyer** in the context of the Tanak, the Ten Commandments, and This Private Covenant in Deed.

I vow, to honor **David Paul Biesemeyer** for the value of influence for the thirty, sixty, or one-hundred people, with ten percent of the full honorarium each one advances.

If upon examination and inquiry of each claim "Z" is presented as the claim, "Z" must be honored with equity. If after honor, "Y" is presented as the cause of "Z" "Y" must be honored with equity. If after honor "X" is presented as the cause of "Y" "X" must be honored with equity. Honor is always expected in order to endure all the way back to "A", and if need to return to "Z" and its parents. Therefore after responding to two-hundred Presentments a review of the logistics will again be necessary.

But YHWH said to Gid'on, The people are still too many. Bring them down to the water, and **let Me prove them for you there**. And it shall be, that **of whom I say to you**, 'This one goes with you, let him go with you. And of **whomever I say to you,** "**this one does not go** with you, **let him not go**" (Shophetim (Judges) 7:4.)

Equity has established certain fundamental principles, or Maxims which are the substance of the law. Therefore, at all times until the Covenanters take their final breath, equity is the foundation, the length, the breadth, the depth, and the heighth, and all encompassing authority for the Private Covenant in Deed.

There are not other covenanters to this Private Covenant in Deed. Only the Seal of those, of those by signature and date are included in the Covenant. Any natural man we may require to facilitate this Private Covenant in Deed, are neutral, and will remain neutral. Should they request, or we invite them to private Community with us, they shall be required to follow the same entrance by Equity.

The total amount of Honorarium is (to be discussed) denomination in federal reserve notes, or gold and silver coin, according to the published market, spot price for the day, to fuel the strategy.

An honorarium [or other agreeable amount] of (to be discussed) denominations in federal reserve notes or substance gold and or silver coin, according to the published market, spot price for the day, will be presented at signing this Private Covenant in Deed.

The honorarium [or other agreeable amount] of (to be discussed) denominations in federal reserve notes or substance gold and or silver coin, according to the published market, spot price for the day, will be presented within (to be discussed) of signing this Private Covenant in Deed.

The honorarium [or other agreeable advance] of (to be discussed) denomination in federal reserve notes or substance gold and or silver coin, according to the published market, spot price for the day, will be presented within (to be discussed) of signing this Private Covenant in Deed.

# THE KEY TO MY VICTORY IS MY DEFINITE PURPOSE AND THE POWER OF MY WILL

# I TAKE CONTROL OF MY THOUGHTS THROUGH STRICT SELF-DISCIPLINE TO ENABLE ME TO THINK MYSELF OUT OF EVERY CIRCUMSTANCE.

# NO ONE MAY ENTER MY MIND OR INFLUENCE MY WILL WITHOUT MY CONSENT AND COOPERATION

# WE MAKE A TRUSTWORTHY PLEDGE

"See, we are servants today! And the land that You gave to our fathers, to eat its fruit and the good of it, see, we are servants in it. And its rich yield goes to the sovereigns You have set over us, because of our sins. And they rule over our bodies and our livestock at their pleasure, and we are in great distress. And because of all this, we are making a trustworthy pledge, and write it. And our priests set their Seal on it" (Nehemyah (Nehemiah) 9:36-38).

## AND THOSE WHO SET THEIR SEAL WERE:

**David Paul Biesemeyer** *[signed: David Paul Biesem——]*

Date: Month: Three    Day: Twenty-two    Year: 2015 C.E.

**Billy Travis Severance** *[signed: Billy Travis Severance]*

Date: Month: Three    Day: Twenty-two    Year: 2015 C.E.

## SCRIPTURES

1. Zekaryah (Zechariah) 8: 16, 17
2. Shemu'el Aleph 8 (1 Samuel) 8: 1-22
3. Hazon (Revelation) Chapters 13, 14, 15, 16, 17, 18
4. Mattithyahu (Matthew) 5:25, 26
5. Ya'aqob (James) 4:11, 12
6. Shophetim (Judges, Rulers) chapter 7
7. Mattithyahu (Matthew) 13: 1-7
8. Marqos (Mark) 4:1-20
9. Shemoth (Exodus) chapters 1-25
10. Shopetim (Judges, Rulers) 2:16, 17, 18
11. Luqas (Luke) 18:1-8