**10.2  A document revision dated March 22, 2015, that is titled "An American's Declaration of Belief and Understanding, by Dan Romain Kirkham, MD JD."**

/ 0, Z

Revision 3-22-2015

An American's

# Declaration of

# BELIEF & UNDERSTANDING

## by

### Dan Romaine Kirkham, MD JD

## Declaration & Affidavit

### *of*

_____

### *(Your name)*

*Reserving all rights without prejudice. The following treatise is based upon facts known or understood and believed by the writer and expresses a reasonable application of legal principles to those facts. Nothing contained in this writing is intended, nor will it be construed as a waiver or release of any rights, claims, causes of action or other remedies, whether legal or equitable, all of which are hereby expressly reserved, by the writer and the signatories of this document. Anyone reading this paper should draw his own conclusion regarding the validity of facts, terms, definitions and beliefs contained herein.*

This text discusses United States law regarding who is required to file tax forms, withhold, and pay over taxes to the United States. As will be shown, only certain United States persons and specified nonresident aliens are liable for United States income, employment, and withholding taxes specified in Titles 26 and 27 of the United States codes. Three areas of taxation will be discussed: *employment*, *income*, and *withholding*.

To understand the taxing authority of the United States, one must thoroughly understand the difference between two entities: the *United States* and the *United States of America*.[1]

---

[1]

The United States government has several names that appear to be synonyms: Federal Government; District of Columbia; United States Virgin Islands, etc.

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

The average person believes that these terms are synonyms because the United States codes contain numerous definitions and uses for these terms. I have documented over one hundred definitions and uses for these two terms. For example, there is the *United States* of the Virgin Islands, the *United States* of America, the *United States*, the Virgin Islands *United States*, the *united States* of America, etc. And, there are hundreds of definitions for the terms, *state* and *State*. For instance the term "State" can mean "internal revenue district." The Federal Register Vol 41, No.180, Wednesday, September 15, 1976 states:

> **. . . the term "internal revenue district" has been substituted for the phrase "the State or other territorial jurisdiction" to better reflect the organizational structure of the Internal Revenue Service.**

In certain instances both upper and lower case are used for the term *state* in the same paragraph. Any student of English knows that a capital denotes the proper name of a specific person or entity. For example, the terms *state of California* and *State of California* appear in legal writings, therefore it appears these terms are intended to refer to different entities. The same can be said for the terms *united States of America* and *United States of America*.

> **California Revenue and Taxation Code, Pt. 10, § 17041--footnotes:**
> **. . . by his right to receive proceeds prior to receipt thereof, defendant was not liable to _state of California_ for income taxes on proceeds of ticket, since "realization" of income, which was the "taxable event", did not occur in California. _People of State of California_ ex rel. _McColgan v. Bruce_ (D.C. Nev. 1941). . .**

Note: There is both an upper and lower case word for "state" in this quote. Thus, the lower case state spelling is a common noun and the upper case State is a proper noun. Later on in this paper the significance of these two types of spellings will be discussed.

---

## THE STATE OF THE UNITED STATES

### (HOW DOES THE COUNTRY CALLED THE UNITED STATES OF AMERICA DIFFER FROM THE GOVERNMENT CALLED THE UNITED STATES?)

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

What is the United States state?[2] Actually, it is a government. It is not a country. It is a *de facto* government (United States govertnment) that has usurped the lawful power of the Citizens of the United States of America. The United States (state) has never hidden the fact that it is a separate quasi-state. Although it is difficult to find information that documents this fact, it is available in the treaties, codes, and laws of the United States. When I use the term, *United States*, it means the *de facto* government or state known as the **UNITED STATES** and not the *de jure* independent, nation, country and state called the **UNITED STATES OF AMERICA** or more accurately: united States of America. Therefore, do not confuse the terms *United States* and *United States of America* in this writing.

The word *united* as used in the United States of America is capitalized but often it is not, therefore it can be confusing. The term United States of America is found in the Declaration of Independence, however, the original American constitution of 1787 used the term united States of America. To make matters more jumbled, sometimes the United States government uses the term *United States of America* in its laws and court proceedings. However, in the 917 pages of the 1994/95 *United States Government Manual*, the term United States of America is used only one time. It is found in the first paragraph of the Constitution of the United States (United States constitution). See page 5 of the government afore mentioned manual.

North America is a geographical area as is Europe, South America, Africa, and Asia. America, Mexico, and Canada are countries that comprise North America. In common parlance, however, the term *America* expresses the country known as the United States of America. In the late 1700's the colonies of America joined to standardize political and commercial relations between themselves and internationally. This was the beginning of *American common law* or the law that was common to all the colonies. As used herein, Americans refer to the citizens and residents who live in the United States of America.

The United States of America started with a contract (actually the First Constitution) between the 13 original colonies known as the *ARTICLES OF CONFEDERATION*. To strengthen that agreement the colonies or People ratified a second contract between themselves known as the *CONSTITUTION FOR THE UNITED STATES OF AMERICA*. Do not confuse this document with the *UNITED STATES CONSTITUTION* used by the *de facto* United States state (District of Columbia state). The text of the United States Constitution is found in the United States Government Manual. The first part of the United States constitution is almost an exact copy of the 1787 constitution and the Bill of Rights (1791) but it includes the additional amendments thirteen through twenty-seven. To my knowledge It was last

---

2

**Abrtaham Lincoln almost single handedly created the quasi state called, The United States in 1861. How he did this will be discussed later on in this paper.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

amended in the early 1990's. And, its Bill of Rights does not have a Preamble as does ours and instead of using the term "Articles" they changed the names to "Amendments." The annotated United States constitution has been revised and annotated several times. The copy I have is from 1936. See Senate Joint Resolution 35, 1936:

> **SENATE CONCURRENT RESOLUTION NO. 35.**
> *Resolved by the Senate (the House of Representative concurring),* That the constitution of the United States of America (Annotated), including all amendments there to, and with citations of the cases of the Supreme Court of the United States construing its several provision, collated under each separate provision, be compiled and revised up to date. . . .

The *de facto* state of the United States has its own governor. The current Attorney General (at any given time) is governor of the *de facto* United States. The current (1998) United States president (George Bush) is NOT the president of the *de jure* United States of America. He is president of the *de facto* United States (of America). George Bush is president of the United States state because *only* United States persons or citizens elected him. To prove this look at the top of the United States voters registration form of 2015 and you will see that one has to be a United States citizen in order to vote. At the present time there is no provision in United States law for a private American citizen to vote.

The deception, confusion and betrayal of the People by the United States government actually started at the formation of the United States government. Gradually over the years it convinced the *de jure* People that *Citizens* of the United States of America are one and the same as *citizens* of the United States state (District of Columbia?? Puerto Rico??). Not true! All of us were easily fooled. The American People, in the constitution, granted 18 powers to the United States government. No more, no less. Yet today almost everyone believes it has plenary powers over the People. We think all of the laws in the United States codes apply to Americans. No, they do not. They only apply to the District of Columbia and to the various states, territories and possessions governed by the United States. Rule 54(c) of the Federal Rules of Criminal Procedure (1998) states in part:

> **"Act of Congress" includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession."**

One of the methods the United States used to usurp the authority of the *de jure* government was to *rename* various departments and agencies and redefine many of the terms used in the law. Just a few of the many changes follows: Public Law 102-572 substituted *United States Court of Federal Claims* for *United States Claims Court*; Public Law 93-21, Sec. 321(e)(1) substituted *American employer* for *domestic corporation*; *affiliate*

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

for *subsidiary;* and *citizen or residents* for *citizen.*

| Original name | Substituted name |
|---|---|
| domestic corporation | American employer |
| subsidiary | affiliate |
| citizen | residents or citizen |
| United States Claims Court | United States Court of Federal Claims |

An American employer is a United States employer. It sounds like this section is referring to private businesses that are in the United States of America, but it does not refer to American businesses per se; It is referencing United States businesses only. Internal Revenue Code, Section 3121 (h) defines the term *American employer:*

26 U.S.C. § 3121 defines the term *American Employer:*

> **(3) American employer. For purposes of this chapter, the term American employer means an employer which is--**
> **(1) the United States or any instrumentality thereof,**
> **(2) an individual who is a <u>resident</u> of the United States,**
> **(3) a partnership, if two-thirds or more of the partners are residents of the United States,**
> **(4) a trust, if all of the trustees are residents of the United States, or**
> **(5) a corporation organized under the laws of the United States or of any [Federal] <u>State</u>.**

---

## Re-naming with similar names

Because the names of the United States departments and agencies are similar to those of the United States of America we did not notice the distinction. For example, the name of the army of the United States of America is the ARMY OF THE UNITED STATES OF AMERICA. The name of the army of the United States is the UNITED STATES ARMY. The post office for the United States of America is the *United States Post Office,* whereas the post office of

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

the United States is known as the *United States Postal Service*. The United States of America does not have a central bank but the United States does. Look in the United States Government Manual. You will find that the Federal Reserve System is the national bank of the United States. The Federal Reserve System is a legal entity. It is listed in the U.S. Government Manual under "Independent Establishments and Government Corporations." The 2000 - 2001 manual on page 430 states the following:

> **"The Federal Reserve System[3], the <u>central bank</u> of the United States, is charged with administering and formulating the Nation's credit and monetary policy. Through its supervisory and regulatory banking functions, the Federal Reserve maintains the safety and soundness of the Nation's economy, responding to the Nation's domestic and international financial needs and objectives."**

It is organized legally under United States law but it is not the central bank of the United States of America. (The constitution for the United States of America does not provide for a central bank.) The United states uses paper money (federal reserve notes) that is not backed by gold or silver. In contrast, the American constitution allows for a standard of money *based on gold and silver* only.

---

### Multiple Definitions for Common Terms

There are two things you need to know about definitions, especially when thinking about or discussing TAX CRIMES and obligations to pay taxes: One, all crimes are statutorily defined—common law definitions do not apply. Secondly, if there is no definition given in the statutes, common law definitions can be used.

> **"All federal crimes are statutory, but common law is frequently used for defining words used in the statutes. For example, statutes provide penalties for attempted evasion of income tax but tyhey do not define the terms "attempt" and "evasion."**
> **IRM [9.1] 3.2.1 (07-219-1998]**

Often, in the United States law, there are multiple definitions for the same word. Sometimes a word is not defined in the section one is reading. To find the meaning one

---

[3]

**Actually the Federal Reserve Banking system is a private foreign entity and it does not pay taxes to either the United States or the United States of America.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange. California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

might have to look in a different section of the codes or even in another Title. This is true for the word *state* and *United States*. Below are some definitions that are found in diverse locations of the codes.

Above, we learned that one of the ways the United States congress uses to abrogate and confuse us was to re-name words, departments and the law. In this section, we will learn of another technique they use: Giving multiple definitions to a common word.

1. The term *State* is defined in <u>25 USC Subtitle C, Chapter 21.</u> Federal Insurance Contributions Act

   **Section 3121(e)(1).**
   **The term 'State' includes the District of Columbia, the commonwealth of Puerto Rico, the Virgin Islands, Guam, and American Samoa.**

2. However, a different meaning is given in <u>26 U.S.C. § 7701(10).</u>

   **Section 7701(10).**
   **The term 'State' shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.**

3. Also, the term <u>S</u>*tate* is defined in Title 4.

   **4 U.S.C. § 110(d).**
   **"The term 'State' includes any Territory or possession of the United States."**

   **4 U.S.C. § 110(e)**
   **"The term Federal area means any lands or premises held or acquired by or for the use of the United States or any department, establishment, or agency of the United States; any federal area, or any part thereof, which is located within the exterior boundaries of any <u>S</u>tate, shall be deemed to be a Federal area located within such <u>S</u>tate."**

4. Also, The terms *United States* are defined in 26 U.S.C., Subtitle C, Chapters 21, § 3121(e)(2).

   **Subchapter C. General Provisions**
   **§ 3121. Definitions**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

> *(e) State, United States, and citizen.  For purposes of this chapter–*
> *(2) United States.  The term "United States" when used in a*
> *geographical sense includes the Commonwealth of Puerto Rico,*
> *the Virgin Islands, Guam, and American Samoa.*

5.   And,

26 U.S.C. § 7701(a)(9) defines the term United States:

*"The term 'United States' when used in a geographical sense includes <u>only</u> the <u>S</u>tates and the District of Columbia."*

6.   And,

The Internal Revenue Code of 1939 Section 3797(a)(10) defines the term "State":

*"The term 'State' shall be construed to include the Territories and the District of Columbia, where such construction is necessary to carry out provisions of this title."*

_____

The term "<u>S</u>tate" defined in these definitions includes only states under the plenary jurisdiction of the United States proper and <u>not</u> one of the 50 compact *de jure* republic states such as is the <u>s</u>tate of California.  Whenever the codes wish to define the term "United States" as meaning the United States of America, it makes the definition *very clear*.

Two examples follow:

7 U.S.C. 2116(e):
*"The term "United States" <u>means</u> the 50 States of the United States of America."*

7 U.S.C. 2702(h):
*The term "United States" <u>means</u> the forty-eight contiguous States of the United States of America and the District of Columbia.*

All these various definitions and mishmash of names are confusing to say the least!  However, it appears it was intended to be that way.  The point is, the word State as used in these definitions applies <u>only</u> to the entities governed and controlled by the United States

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

state and include the territories, possession, enclaves, and states that are defined in the United States codes, regulations, treaties and executive orders. They do not, per se, refer to the *de jure* republic states that comprise the United States of America.

Note: Many of the definitions in the codes use the word, "includes." The word, *include* is restrictive. The terms "includes and including" are defined in Section 3797(b) of the 1939 Internal Revenue Code:

> ***"The terms 'includes' and 'including' when used in a definition contained in this title shall not be deemed to exclude other things otherwise within the meaning of the term defined."***

---

## I N D E P E N D E N T  N A T I O N - S T A T E

While the various *federal* state governments are merely subsidiaries of the United States state, the *de jure* state governments are distinct legal sovereign entities; hence, California is an *independent nation and state* with a republican form of government and the State of California is not a sovereign entity; it is only a paper-defined-federal state.

Title 4 of the United States Code effectively created *50 federal states* with names similar to the *de jure* republic states. The federal states (so called Buck Act States) overlap the republic states. It is quite easy to recognize a federal state by its compound name. For example, *California* is the *de jure* state. It is organized as a republic.[4] The *State of California* is a federal state. It is organized as a democracy. Presently all 50 state governors are governors of one of the federal States. None of the republic states that comprise the United States of America has a governor. How do I know this? As with the federal presidential elections, in the federal State elections only citizens (persons) of the United States are permitted to vote. Currently, there are no provisions for a sovereign *de jure* American citizen to vote in any federal State election.

Today the congress and courts of the United States are mostly token and assenting bodies. Their primary function is to maintain the illusion that the *de facto* United States is the same as the *de jure* United States of America. The following classifications assist in distinguishing the *de jure* and *de facto* states:

**States of the de jure United States of America**    ◆ All states admitted with a republican form of government. These states are sovereign,

---

[4]

The American republics have two classes of citizens or entities: People-Persons; Senate-House (States choose Senators; people choose Representatives. In contrast, the United States Senators and Representatives are chosen by only United State persons (citizens).

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

independent nation-states.

◆ The law in the United States of America requires all states to provide republican governments. The 13 colonies and all states admitted to the United States of America prior to 1861 are most likely de jure independent nations or states. Carefully check those states admitted to the union after the country was formed in 1787 and especially any states that were admitted after 1861.

**States of the de facto United States**

◆ The Commonwealth of Puerto Rico
◆ Guam
◆ American Samoa
◆ New States Columbia
◆ The District of Columbia (The Mayor is Governor)
◆ United States (The Attorney General is governor)
◆ The 50 federal states ("Buck Act states") having democratic-like governments. These states are NOT sovereign, independent nation-states. They are de facto states, only, that overlap the *de jure* states..

How did the present *de facto* United States, (a.k.a. United States Government, a.k.a. federal government, a.k.a. District of Columbia) president become the imperial military leader of the people of the American people? Go back to 1861. That year the government of *the de jure* United States of America ended. When the representatives and Senators of the southern states walked out of congress, a quorum no longer remained to make a motion to either dismiss or reconvene the de jure Congress. It was *a sine die* (day without end). That year Abraham Lincoln abrogated his duties as president of the United States of America and became more or less a military dictator. It was he who issued the first *executive order*. Executive orders now number way over 10,000. He was the one who illegally appointed (in violation of the Constitution) and replaced the vacant senators who had in 1861 walked out of Congress–they were NOT elected by the states, as they should have been. What does this tell us? It provides insight into how the laws of the United States differ from the laws of the United States of America and American common law–there essentially no balance of power. [To the author, executive orders are quasi-military orders.]

---

## CITIZENSHIP That Is Acquired

The constitution provides for two classes of citizens: **persons** (Article 1.9.1.) and **people** Article 4.2.1.). In this paper, "persons" are United States citizens and "people" are citizens of the United States of America; The term People or Sovereign People are the founders of the United States of America, the country. But, people, a common noun, refers to all the people living in America.

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

**Citizen.** A citizen is one who has **acquired** citizenship by birth, naturalization, or other lawful means; in a popular but nonetheless appropriate sense of the term, one, who by birth, naturalization, or other means, is a member of an Independent political society." (Ballentine's Law Dictionary).

Black's Law Dictionary, 5th Ed. Pg 222 defines the citizens who are "persons" as follows:

CITIZEN. One who, **under** the Constitution and laws of the **United States**, or of a **particular** state, is a **member** of the **political** community, owing **allegiance** and being **entitled** to the enjoyment of full civil rights. Citizens are **members** of a **political** community who, in their **associated** capacity, have **established or submitted** themselves to the **dominion** of a government for the promotion of their general welfare and the protection of their individual as well as their collective rights.

Those who participated in the American Revolution and the formation of the United States of America are called *the People*. All the people then living in the United States at the formation of the united States of America, are *The People* or *We the People* and so is their posterity–you and me. After 1776 immigrants could become citizens but citizenship had to be *acquired*—they are spoken of as *persons,* in the Constitution, and not, The People. Persons are not in the same class as the *de jure* "people." Person's are subject to the dominion of government: The People are the government. Persons do not have inalienable rights. Their rights are called "privileges or civil rights.

United States persons or citizens — have civil rights
The People — have inalienable rights

The People (blacks, Europeans, orientals, etc.) who were present in 1776 are the sovereigns (Kings) of the United States of America. See, Treaty of Peace, 1783.

> **Article 1. "His Brittanic Majesty acknowledges the said United States [he names the 13 colonies]...to be free sovereign and independent states, that he treats with them as such, and for himself, his heirs, and successors, relinquishes all claims to the government, propriety, and territorial rights of the same and every part thereof."**

They created the United States of America, its government, and the states. They dictated which persons could obtain citizenship. They did not **acquire** their citizenship from the government or state they created. If the People created the government, the government

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

cannot claim it created The People. If parents create children, the children cannot claim they created the parents. God created man and man cannot claim he created God. How absurd that would be.

> **Article 1, Section 9, clause 1:** "*The <u>migration</u> or <u>importation </u> of such <u>persons</u> as any of the states now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight, but a tax or duty may be imposed on such importation, not exceeding ten dollars for each <u>person</u>.*"

> **Article 4, Section 2, clause 1:** "*The citizens* [people, persons, residents, and guest] *of each state shall be entitled to all privileges and immunities of citizens in the several <u>states</u>.*"

The first definition cited above, states a citizen is one who "acquired" citizenship. This of course does not apply to the People. As a matter of fact, the People are subject only to the laws of God, who is their Creator. The second definition above states a citizen is under the constitution and laws of the United States. Apparently these definitions apply to those **persons** who migrated to the United States after it was formed by **We the People**.

However, although that which is created cannot also be the creator, a creator can agree to be under the dominion of that which it created. This is exactly what many of the People have chosen to do. They have either knowingly or unknownly become United States citizens (United States persons) and are under its de facto jurisdiction and its local laws.

A citizen of the United States (United States person) lives or has a legal domicile in the District of Columbia or in one of the federal States, possessions, enclaves, territories, etc.. Federal citizenship is sometimes used interchangeably with American citizenship (state citizenship) because most of the People living in the states have contracted with the United States, or one of the federal States. However, a sovereign American, living in one of the compact states, is free from all United States state governmental interference unless the United States is acting and legislating under the guidelines given it by the constitution for the united States of America, 1787, and the restrictions imposed upon it by the original Bill of Rights, 1791.

Thus, in America, there are different classes of people. United States persons (United States citizens); resident aliens; and, American citizens. The rights and duties are different for each class. The *de jure* People of America can simultaneously agree to have several different types of citizenship.

Collectively, the **Americans** (the people) are those who inhabit a nation called the *United*

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*States of America*. Each independent state also has its own citizens. For instance, in California one could be both a Citizen of California and a Citizen of the United States of America. Besides these two types of citizens there is a third category, a <u>federal citizen</u> or citizen of the United States (United States person). A federal citizen is one who was born of an immigrant (Person) or naturalized in the United States (after 1776) <u>and</u> is subject to the jurisdiction of the state of the United States. The two United States laws that established this federal citizenship were the <u>Expatriation Act of 1868</u> and the <u>14th Amendment</u>. (See the 14th Amendment in the "Revised and Annotated United States Constitution," 1936, Joint Senate Resolution 35, for a detailed study of the 14th Amendment.

---

## THE FOURTEENTH AMENDMENT[5]

### (THE CREATION OF UNITED STATES FEDERAL CITIZENS (PERSONS)

Ballentine's Law Dictionary defines the fourteenth amendment:

> *"Fourteenth Amendment. The amendment to the Constitution of the United States which <u>extends citizenship</u> to all persons [not People] born or naturalized in the United States <u>and</u> subject to the jurisdiction thereof, and contains the due process and equal protection clauses."*

It is clear that the conjunction *and* indicates one is not a United States citizen unless one is subject to the jurisdiction of the United States. In *Elk v. Wilkins* **112 US 94**, the Supreme Court stated:

---

[5]

The 14th Amendment was created by the bogus United States congress--. "The U.S. Constitution, 14th Amendment was not ratified in accordance to the provisions of the Constitution for the United States of America and as such, it does not exist. It survives as a matter of fraud and deception." Www.14th-amendment.com/introduction.htm. <u>The Amendment That Never Existed</u>, p19/20. By George Epperly

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

*"This section contemplates* <u>*two sources*</u> *of citizenship, and two sources only: Birth and naturalization. The persons declared to be citizens are 'all persons born or naturalized in the United States,* <u>*and*</u> *subject to the jurisdiction thereof.' The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, but* <u>*completely subject to their political jurisdiction,*</u> *and owing them direct and immediate allegiance . . ."* [Americans owe due and immediate allegiance to the Supreme God. They do not, nor can they, <u>completely</u> become subjects of any man-made government.]

*" . . . [one] who has not been* [1] <u>*naturalized,*</u> *or* [2] <u>*taxed,*</u> *or* [3] <u>*recognized*</u> *as a citizen, either by the* [1] *United States* <u>*or*</u> *by* [2] *the State, is not a citizen of the United States, within the meaning of the first section of the Fourteenth Article of Amendment of the Constitution."*

Note: One is not a United States citizen (federal person) unless one has been <u>naturalized</u>, or <u>taxed</u>, or <u>recognized</u> (as a United States person-citizen). Therefore, we see that an American can be "recognized" or "taxed" by volunteering (submitting) to the political entity called the United States. (In this regards, Income Taxes are voluntary.) And, this quote clearly shows that one can be naturalized by either a federal <u>State</u> <u>or</u> the United States.

While this particular court case <u>does not make</u> the distinction between citizens of the United States of America (the People) and citizens (persons) created by the 14th amendment, other court decisions make the distinction.

How did the *quasi* military leaders, of the *de facto* United States, convince the Americans to become subjects or citizens of the United States? It is important to know the methods the United States uses to bring Americans under its jurisdiction. Today this is very easily accomplished because the entire government is operated by United States citizens and few people know there are two types of citizens.

As stated above, an American can become a United States citizen *merely by subjecting himself totally to its jurisdiction*. In effect, he must join the United States. This is accomplished by doing some <u>involuntary or voluntary act</u>. This can be done by signing a *common law contract*, or by entering into a *commercial agreement*. Another way an American citizen can become a United States citizen is by <u>doing an act</u> that creates a presumption he is a United States citizen, such as <u>accepting a benefit</u> from a United States entity.

It is not necessary to know what the benefit is. For example, if you use a *de facto* United

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

States court, you are accepting the *benefit of discussion*. If you receive mail at a United States Postal Service office box, or at a zip code address, you are receiving the benefit of *free mail delivery*. Stamps only pay for mail to be transferred from one post office to another. But, the actual delivery of the mail to an address or a post office box is free–you are not charged extra; it is a benefit. Thus, the United States Postal Service (a United States entity) is giving you a benefit: **free mail delivery.** The only way you can prevent receiving this benefit is if you have your mail sent *general delivery*. Be careful!

Another way to become a citizen of the United States is to register to vote as a United States citizen. Did you register to vote? The first question on the voter's registration form asks, "Are you a United States citizen?" If you check the yes box and sign the form, you volunteered to be subject to the jurisdiction of the United States. If you filed, voluntarily, of course, a federal tax form you subjected yourself to its jurisdiction because you requested the benefit of having your tax-form reviewed so that any overpayment of scheduled taxes could be returned to you.

Still another way to become a United States citizen is by contracting to be in its army, the United States Army. Also, one can also become a subject if one acts as a surety for a United States entity. Thus, if one receives an imperial summons or document from a United States agency and it is not responded to in the proper manner, it will be presumed one is a surety and representative of the entity named—usually a *nom de guerre (war name)*---on the summons or notice. For example, if John Paul Smith receives a letter from the Department of the Treasury–Internal Revenue Service with all the letters in upper-case then it is not him–it is a strawman--but the presumption is, it is him. Therefore, you must respond, in an equitable way, to such communication and not consent, either knowingly or unknowingly, to such communication[6].

After all, one is not a surety or representative of the fiction–the upper case individual named. Caution: One must make an equitable response to all federal communications. That is, he cannot just ignore any such letter and throw it in the waste basket. If he does not respond or argues the facts, a reputable presumption is created that he is acting as a surety, agent, or representative for the federally created entity the *persona designata,* JOHN PAUL SMITH, a *nom de guerre.* By not providing a proper response to United States notices and letters he will be agreeing that he is the responsible party and that he will be the one who pays any taxes or penalties due.

The point is, there are literally a thousand ways by which one can become subject to the

---

6

**For more information about Equity Law read, Manual on Commercial Law, National Edition 1948 by Lavine.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

jurisdiction of the *de facto* United States.

Conclusion:  An American citizen can volunteer to participate in the activities associated with the United States Government a.k.a United States.  The act of volunteering can involve: 1) Receiving a *benefit* from the United States, for example, receiving a social security check. 2) Entering into an *agreement* or *contract* with the United States or an entity of the United States–for example, AMTRACK, a District of Columbia corporation.  3) *Earning money* or being in a business with an entity (partnership, corporation, trust, association) that is effectively connected to the United States. 4) By *creating a presumption* that one is a United States citizen.  Presumptions stand as the truth if they are not responded to in an equitable manner.

---

## Residency

Do not confuse *citizenship* with *residency*.  In simple terms one is a *resident* of a state or country if one is physically present in that state.  Besides a physical presence, one can be a resident in a legal sense by agreement–Thus, one can become "subject to the jurisdiction of the United States state."  Therefore, whether one is a foreigner, a federal citizen, or an American citizen, if one is living in any federal state (e.g., District of Columbia, The Commonwealth of Puerto Rico, Guam, et cetera, one is a resident in the United States and therefore subject to the jurisdiction of the United States.  Just as one would have to obey the laws of Japan, if one resided in Japan, likewise one must obey the federal laws of the United States if one resides in one of the federal states, territories, enclaves and possessions or lives in one of the 50 <u>federal</u> union states  (The term, *"reside"* has a distinct legal meaning:  A discussion about residency occurs later.)

Besides the federal states there are the *de jure* states composed of descendants of *We the People*, an example of which is the California republic.  Hence, the terms <u>S</u>tate of California  and California <u>s</u>tate (<u>s</u>tate of California), have different meanings.  Try to understand that the compact 50 states which comprise the United States of America republic are foreign countries as to the United States state or District of Columbia.

---

## THE PEOPLE

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Case 3:23-cv-00185-SLG-KFR   Document 12-22   Filed 05/10/24   Page 17 of 51

# BELIEF & UNDERSTANDING

One should know one's status because status determines one's legal <u>capacities</u> and <u>duties</u>. Indeed, one must know the difference between the different kinds of status if there is to be a proper understanding of United States laws, including its tax laws.

The People are the sovereigns. They are not now, nor were they ever, *citizens of the United States* (United States citizens) under the purported 14th Amendment <u>unless</u>, that is, they contracted or volunteered to be subject to the jurisdiction of the United States state. Unfortunately, because of ignorance, and/or fear, most of the People have volunteered to be United States subjects (citizens).

One whose ancestors were in a class called, "We the People"—at time of the Revolutionary War--has a legal status that was assigned to them by the Treaty of Peace of 1783. These People are the sovereign rulers of the country. In one sense, they are the "kings" of the country because the rights and duties of the King of England were bestowed on them. This creates a duty on all *de jure* government officials of the united States of America and of the United States state pursuant to rights reserved to this class under the 9th and 10th Articles of the Bill of Rights, 1791.

> **Article *9*: *The enumeration in the constitution, of certain rights, shall not be construed to deny or disparage others retained by <u>the People</u>.***

> **Article 10: *The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the [50] States respectively, or to <u>the People</u>.***

---

# UNITED STATES PERSON

<u>Civil Rights</u>. In contrast to the inalienable rights the People enjoy, United States persons or citizens only have statutory rights that are called *civil rights.* These rights were created by the legislative democracies, federal and state. There is a saying, "What the Lord created, the Lord can cast asunder." It seems the *de facto* state legislatures and congress act like God because these bodies create and abandon laws at a whim. *Inalienable rights* (grace) cannot be abridged or abrogated because these rights are of God.

Under United States law there are different classifications of **persons**: *(1.) citizens, (2.) residents, (3.) nonresidents,* and *(4.) resident aliens*. It is important to understand the distinction between the different types of persons that live under United States jurisdiction

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Case 3:23-cv-00185-SLG-KFR   Document 12-22   Filed 05/10/24   Page 18 of 51

because each class has different obligations and duties. In some definitions the word "individual" is used. The term "individual" means a single entity, one unit. It could be a corporation, U.S. person, partnership, American citizen, natural person, trust, etc. Title 5 U.S.C. § 552a <u>defines</u> the term "individual"–*individual* means a *citizen* of the United States:

> ### § 552a. Records maintained on individuals
>
> **(a) Definitions. For purposes of this section–**
> **(2) the term "individual" <u>means</u> a citizen of the United States** [a United States Person] **or an alien lawfully admitted for permanent residence** [a resident alien]

◆ <u>**United States person or citizen**</u>

In United States tax law, federal citizens are called *persons*, specifically *United States persons*. All person who are not United States persons are foreigners. Section 1445(f)(3) states:

> **"The term 'foreign person' means any person <u>other than</u> a United States person."**

Thus, Citizens of the United States of America are *foreigners* as to the United States or District of Columbia. For example, one living in California is a foreigner under this definition---as to the United States state.

26 USC § 7701(a)(30) defines the term "United States person."

> **The term "United States person" means–**
>
> **(A) a citizen or resident of the United States,**
> **(B) a domestic[7] partnership,**
> **(C) a domestic corporation, and,**
> **(D) any estate or trust (other than a foreign estate or <u>foreign trust</u>, within the meaning of section 7701(a)(31).**

---

[7]

**Domestic: existing or occurring inside a particular country; not foreign or international. Synonyms: national, home, internal, e.g. "the domestic car industry"**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

Note: The word "domestic" means it takes place in the District of Columbia or in one of the enclaves, possession or states of the United States state.

◆ **Nonresident alien**

As shown above many of the terms and phrases used in the United States Codes (U.S.C.) and the Code of Federal Regulations (C.F.R.),have many definitions. This is true for the term *nonresident alien*. For example, when the Internal Revenue Code (U.S.C. Title 26) states a *nonresident alien* must pay taxes, it refers to one who earning money from a United States source but is neither 1) a United States citizen nor 2) a resident of the United States. One should understand the law concerning nonresident aliens. Section 1441 is the only *empowering statute* that allows the withholding of income taxes from the United States income that is earned by certain nonresident aliens.

> *26 U.S.C. § 1441. Withholding of tax on nonresident aliens.*
> *(a) General rule. ". . . all persons, in whatever capacity . . . having the control, receipt, custody, disposal, or payment of any of the items of income specified . . . of any nonresident alien individual, or of any foreign partnership shall . . . deduct and withhold from such items a tax equal to 30 percent thereof . . . "*

A Nonresident alien is defined in Ballentine's Law Dictionary:

> *Nonresident alien. A person who is neither a citizen nor a resident of this country. 3 Am J2d Aliens § 2. An alien who does not reside within the state. Estate of Gill, 79 Iowa 296, 44 NW 553.*

Thus, we see that an American citizen can be a nonresident alien but if he is earning income (as defined) from a United States source, he may have to pay a tax. The term *nonresident alien* is defined in Treasury Decision 2313, dated 21 March 1916.
> *To collectors of internal revenue:*
>
> *Under the decision of the Supreme Court of the United States in the case of Brushaber vs Union Pacific Railway Co. [sic], decided January 24, 1916, it is hereby held that income accruing to nonresident aliens in the form of interest from bonds and dividends on the stock of domestic corporations is subject to the income tax imposed by the act of October 3, 1913.*

This idea is clarified for us in a United States Supreme Court case: Brushaber vs Unition Pacific Railway Co. According to Mr. Frank R. Brushaber's pleading, he was a citizen of

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Case 3:23-cv-00185-SLG-KFR   Document 12-22   Filed 05/10/24   Page 20 of 51

the New York state living  in the Borough of Brooklyn, in New York city.

> **"To the Judges of the District Court of the United States for the Southern District of New York:**
>
> **FRANK R. BRUSHABER, a *citizen of the State of New York* and a resident of the Borough of Brooklyn, in the City of New York, brings this his bill against Union Pacific Railroad Company . . . "** [From his Bill of complaint]
>
> Note: He was non-resident as to the United States state–here as to the District of Columbia–even though he lived in New York.

This court classified him as a *nonresident alien* by the federal courts and by the Office of the Commissioner of the Census as an inhabitant living in New York state (physical presence) and not a c̲itizen of the United States.  He was, however, subject to a withholding tax because he was a nonresident alien who made money (dividends) from a company that was *domestic* to the District of Columbia.

The Union Pacific Railroad Company was chartered by an Act of Congress for the District of Columbia (see Statutes at Large for July 1, 1862, Chapter CXX, page 489).  Therefore, this Act of Congress caused it to be a *domestic* corporation and hence anyone deriving income from this company is receiving revenue (income) from a United States source.  That meant any money Mr. Brushaber received from the railroad was subject to an income withholding tax by the railroads withholding-agent.  See 26 U.S.C. § 1441 quoted above.

◆ <u>**Resident**</u>

> **Definition.  *One who resides in a place.  One having either <u>legal</u> residence or domicile.***

> <u>**Residence**</u>.

> **Definition.  *A term of dual meaning, sometimes meaning a temporary, permanent, or transient character of abode; at other times meaning one's fixed abode or domicile.  Sometimes a mere physical presence in a place; at other times an abiding in a place with intent to make it one's home.  Sometimes a temporary, at other times an actual or permanent, abiding place.***

To be a resident of the United States, one must live, work or reside in one of the federal

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

State(s), territories, possessions, or federal areas owned or possessed by the United States---This includes the District of Columbia, the federal State(s) of Guam, American Samoa, United States of the Virgin Islands, et cetera, or one of the United States possessions, territories, forts, enclaves, or arsenals.

◆   **Resident Alien**

> ***Definition. An alien having the status of a resident and accordingly in a separate classification. An alien who has come into the United States from a foreign country <u>with the purpose of abandoning</u> his residence abroad and of making his home here.***

If a foreigner lives **in** the District of Columbia or any United States state, possessions or territories, he is a resident-alien. He is subject to the jurisdiction of the District of Columbia or United States state and might be liable for taxes on his earnings because he is classified as a *United States person or citizen* and is subject to all United States laws.

---

### Types of Law

## I. THE COMMON LAW OF ENGLAND

The original colonists rejected the common law (written law) of England. Invariably, the colonists did not trust lawyers. The colonies followed their own local laws and biblical laws and often some of England's written law, for example The Magna Carta. However, after 1776 all the states adopted the common law of England in their state Constitutions. This not-with-standing, the America People retained their inalienable rights they derived from The Creator. This law is called *Sinderesis*, the law of natures God and reason.

California adopted the English common law April 13, 1850. (States other than California probably have similar acts.)

### AN ACT ADOPTING THE COMMON LAW.---[PASSED APRIL 13, 1850.]

> ***The <u>P</u>eople of the <u>S</u>tate of California, represented in Senate and Assembly, do enact as follows: The common law of England, so far as it is not repugnant to or inconsistent with the <u>c</u>onstitution of the United States, or the constitution or laws of the <u>s</u>tate of California, shall be the <u>rule of</u>***

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Case 3:23-cv-00185-SLG-KFR   Document 12-22   Filed 05/10/24   Page 22 of 51

*__decision__ in all the courts of this state.*

Note:  The word *constitution* is not capitalized.  Also, the second use of the word *state* is not capitalized and therefore they are common nouns.

An American owes allegiance to the most High God and therefore is bound by the Lord's law, (natural law and reason), the written law called *The Bible* and other written local laws he has agreed to follow.  Although this is primarily a Christian nation, it seems that other religious laws are applicable, too.

## II. Equity Law

Equity.  The body of principles constituting what is fair and right or natural law.  It refers to fairness, impartiality or evenhanded dealing.  (This form of law is not discussed in detail in this paper.)

Equity is the set of maxims that "reign over all the [other] law."

## III. American Law

The *de jure* American is an inhabitant who has agreed to live under the primary laws of America which include the following:

- ◆ The constitution for the united States of America, 1787
- ◆ All treaties and international laws that are not in conflict with the *de jure* constitutions.  (For example: The Treaty of Guadalupe Hildago)
- ◆ The Mayflower Compact
- ◆ The Magna Carta
- ◆ The Declaration of Rights
- ◆ The Declaration of Independence
- ◆ The Articles of Confederation
- ◆ The Bill of Rights, 1791[8]

---

[8]

The United States Bill of Rights does not contain a Preamble.  Also, instead of using the term "articles" it uses the term "Amendments.  See the United States Government Manual.

PREAMBLE: "VARIOUS STATES THAT ADOPTED THE CONSTITUTION EXPRESSED A DESIRE TO PREVENT THE ABUSE OF FEDERAL POWERS.  THEY FELT THAT ADDITIONAL DECLARATORY AND RESTRICTIVE CLAUSES WERE NEEDED TO PROTECT INDIVIDUAL RIGHTS."

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

- ◆ Natural law and Reason or *sinderesis*
- ◆ The Bible

In addition to their constitution and general laws some of the *de jure* republic states have additional primary written laws. For example, the Treaty of Guadalupe Hidalgo and the Gadsden Treaty are part of the law in California and Arizona; the organic laws of the Territory of Arizona are included in the primary written law of Arizona. The Body of Liberties, 1641 is part of the primary written law of Maine.

---

## IV. United States Law

Laws of the *de facto* United States are contained in its constitution and codes, executive orders, and treaties. ALL ITS LAW IS WRITTEN! On the contrary, laws of the *de jure* United States of America are *both* written *(lex scripta)* and unwritten *(sinderesis or lex non scripta)*. The unwritten law in the *de jure* United States of America is <u>Natural Law and Reason</u>. This is specifically shown in clause one of the Declaration of Independence which says in part,

> **"[t]he separate and equal station to which the laws of <u>Nature</u> and of <u>Nature's God</u> entitle them . . .".**

Note: Most of the treaties, e.g., NAFTA, entered into by the *de facto* United States do not apply, per se, to the United States of America. Federal Rules of Criminal Procedure Rule 54(c) states:

> **"Act of Congress" includes any act of Congress <u>locally applicable</u> to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession.**

Of particular note is the fact that the leaders of the United States do not act on the spirit of God because all their law is written. They do not use "Natural law and Reason." This means their government is not guided by the Word of God, Biblical law, or *sinderesis* (the unwritten law *(lex non scripta))*.

The law that controls the United States is contained in its *codes, treaties and executive orders*. Also, there are administrative orders and court cases that affect one's obligation, duty, rights, and capacity. All of its law is written. There is no *lex non scripta* (unwritten

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

law) and, in this sense no common law or equity law per se. Equity law,[9] however, takes precedence over <u>legal law</u>.

The United States Codes contains 50 different titles. In this paper we are primarily concerned with Titles 26 and 27. Title 26 is commonly known as the Internal Revenue Code. It is structured into subtitles, chapters, Subchapters, parts and sections. Thus, 26 U.S.C. § 7701 means Title 26 of the United States Code, section 7701. **Subtitle A** of the Internal Revenue Code covers income tax. (The provisions of Subtitle A can be found in chapters one through six.). **Subtitle B** covers estates. **Subtitle C** covers employment tax. **Subtitle D** covers Miscellaneous Excise Taxes **Subtitle E** covers Alcohol, Tobacco, and certain other Excise Taxes. The legal authority conferred in one subtitle generally does not extend to the enforcement of provisions contained in any other subtitle.

Some researchers, including myself, believe that the superior law in the United States is the United Nations Charter. Evidence of this is found in a court case (District Court of Appeal, Second district, Division 2, California. April 24, 1950).

> ### <u>Sei Fujii v. State</u> 217 P.2d 481.

> *1. Treaties*
>
> *Charter of the United Nations, upon ratification by Senate, became <u>supreme law of the land</u>, within constitutional provision relating to treaties, and every state is required to accept and act upon the Charter according to its plain language and its unmistakable purpose and intent. United Nations charter, 59 Stat. 1035 et seq.: U.S. const. Art. 6, §2.*

> *2. Treaties*
>
> *Charter of the United Nations, as a treaty is <u>paramount to every law</u> of every state in conflict with it. United Nations charter, 59 Stat.*

---

[9]

Equity Law takes precedence over legal law and it is for this reason all legal law should be abandoned, when possible. In jurisdictions following the English common law, equity is the set of maxims that "reign over all the law" and "from which flow all civil laws" (Bacon). The Chancery, the office of equity, was the "office that issued the writs that were the foundation of the common law system". (Id.; Spence, supra, at 224). Equity is wholly "<u>unaffected</u> by any state laws" (Pomeroy) and is "everything, even without law" (John Bouvier).

Federal crimes are exclusively statutory crimes: ". . . . Federal prosecution is limited to areas prescribed by federal statutes [only]. IRM [9.1] 3.1 (07-29-1998)

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*1035 et seq.; U.S. const. Art. 6, § 2.*

> *[1] The Charter has become "the <u>supreme Law of the Land</u>; and the Judges in every State shall be bound thereby, any Thing in the constitution or Laws of any State to the Contrary notwithstanding." U.S. const., Art VI, sec. 2. The position of this country in the family of nations forbids trafficking in innocuous generalities but <u>demands</u> that every State in the Union accept and act upon the Charter according to its plain language and its unmistakable purpose and intent."*

---

## CODE OF FEDERAL REGULATIONS

Statutes are passed by Congress. The statutes are codified and are called the *United States Code*. The statutes are then sent to the various agencies. The various agencies then write *regulations* that <u>implement</u> the statutes. The regulations are also codified and are called the *Code of Federal Regulations*. In the case of taxation, the Secretary of the Treasury implements the regulations. The regulations promulgated by the Secretary are part of the governing laws for the *Internal Revenue Code*. Without a regulation, the statutes alone *do not* give authority to the Internal Revenue Service even though the Internal Revenue Service generally only cites statutes when stating their authority to act.

> *26 U.S.C. § 7805(a) Authorization. ". . . the Secretary shall prescribe all needful rules and <u>regulations</u> for the enforcement of the Title . . . "*

> *26 U.S.C. § 7805(c) Preparation and distribution of <u>regulations</u>, forms, stamps, and other matters. The Secretary shall prepare and distribute all the instructions, <u>regulations</u>, directions, forms, blanks, stamps, and other matters pertaining to the assessment and collection of internal revenue.*

In other words, <u>there must be a regulation</u>. If the Internal Revenue Service cannot evidence the applicable regulations, one is not liable. I do not know of any regulation which states that people living in one of the compact republic states (Citizens of the United States of America) must collect taxes or fill out forms for the Internal Revenue Service; unless of course, one has in some manner entered the United States taxing forum.

Note what the court said in *California Bankers Association v. Schultz*, 416 US 21:

> *We think it is important to note that the Act's civil and criminal attach <u>only</u> upon violations of <u>regulations</u> promulgated by the Secretary; if the*

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*Secretary were to do nothing, the Act itself would impose no penalties on anyone.*

[Further, *The Government urges that since only those who violate these <u>regulations</u> may incur civil or criminal penalties, it is the actual <u>regulations</u> issued by the Secretary of Treasury, and <u>not</u> the broad authorizing language of the statue, which are to be tested against the standards of the 4th Amendment.*

In paraphrasing what the government itself argued to the Supreme Court, the federal regulations, not the statutes, are the *codes of enforcement* for Title 26. The statutes are only binding on the Secretary of Treasury. This is succinctly shown in <u>Varbel</u>, 780 F.2d at 762.

*Although the relevant statute authorized the Secretary to impose such a duty, his implementing <u>regulations</u> did not do so. Therefore, we held that there was no duty to disclose, and concluded that in the absence of such a duty there could be no conspiracy to defraud the United States.*[10]

Also, in <u>Dodd v. United States</u>, 223 F. Supp. 785, the court stated,

*For Federal Tax purposes, the Federal Regulations govern.*[11]

Conclusion: If the Secretary does not create an implementing regulation, the statute by itself imposes no duty. Congress passes a statute which is binding on the Secretary, but gives the Secretary the option of either writing or not writing regulations to enforce the statute. If no regulation is written then the statute by itself has no implementing force of law.

------

# Jurisdiction

------

[10]

**"The result is that neither the statute nor the regulations are complete without the other, and only together do they have any force. In effect, therefore, the consturction of one necessarily involves the construction of the other."**
<u>United States v. Mersky</u> **361 US 431 @ 438**

[11]

**The penalty statute for tax evasion, 26 USC § 7201, has not been implemented because there is no regulation.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

The District of Columbia, a.k.a United States, has only limited authority over American Citizens but it does have plenary powers over the persons who are living in the territories, District of Columbia, federal states (e.g. Commonwealth of Puerto Rico), possessions, and enclaves. In order for the United States (District of Columbia) to have plenary power over American citizens, it had to somehow merge American citizen into the jurisdiction of the United States.

One might ask, why did the *de facto* United States want total control over its subjects (United States persons)? The answer is obvious. It seems that It[12] wanted total commercial control or Its subjects (United States citizens) and a way to finance its activities and fight in its wars. All wars since the Civil War have been financed and fought for the most part by United States citizens.

When one becomes subject to the jurisdiction of the United States one becomes part of a legally defined class called **United States person** or **citizen**. Such a person is subject to all United States laws: the 50 United States codes, its treaties, its presidential executive orders, etc. United States courts have *in personam* and *subject matter jurisdiction* over such persons. To understand jurisdiction I will use an example: A United States person involved in carrying passengers on the highway is involved in a regulated activity, and therefore, such *class* of person must have a license to operate his <u>business</u> vehicles. (In the United States, all vehicles, even private ones, are considered *business* vehicles.) However, The People, or even other citizens traveling on the highway have an inherent right to travel and do not *per se* need to have a license to do so. See, Magna Carta[13], Articles 13, 41 and 42.

> **Article 13.** *And the city of London shall have all its <u>old liberties</u>* [inalienable rights] *and <u>free customs</u>* [law of natures God and reason] *as well by land as by water. Moreover we will and grant that all other cities and Burroughs, and towns and ports, shall have all <u>their liberties</u> and <u>free customs</u>.*

> **Article 41.** *All merchants may safely and securely <u>go out</u> of England* [also California, Main, New York, etc.]*, and <u>come into</u> England, and delay and <u>pass through</u> England, as well by land as by water, for the purpose of buying*

---

12

Just who or what "It" is, is unknown for the most part. International Bankers??? I think so. Read the book: <u>They Own It All (Including You)</u> by Ronald McDonald; and, <u>Tragedy & Hope 101</u> by Joseph Plummer.

13

The Magna Carta (1215) is part of the law in the united States of America and California.

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*and elling, <u>free</u> from all evil taxes, subject to the ancient and right customs-*
*-save in time of war, and if they are of the land at war against us.  And if*
*such be found in our land at the beginning of the war, they shall be held,*
*<u>without harm</u>[14] to their bodies and goods, until it shall be known to us or*
*our chief justice how the merchants of our land are to be treated who shall,*
*at that time, be found in the land at war against us.  And if ours shall be*
*safe there, the others shall be safe in our land.*

*<u>Article 42.</u>  Henceforth any person, saving fealty to us, may <u>go out</u> of our*
*realm and <u>return to it</u>, safely and securely, by land and by water, except*
*perhaps for a brief period in time of war, for the common good of the realm.*
*But prisoners and outlaws are excepted according to the law of the realm;*
*also people of a land at war against us, and the merchants with regard to*
*whom shall be done as we have said.*

Note:  These direct quotes from the Magna Carta were taken from a book
prepared by the CALIFORNIA LEGISLATURE ASSEMBLY 1991, HON. WILLIE
L. BROWN, JR. Speaker.  The book is published by the State of California.  It list
all the laws that are applicable to California.  The Magna Carta is one of the
primary laws in all the American states.

Once an American citizen becomes subject to the jurisdiction of the United States state, or
any federal State, possession, or territory, such *person* is really a second class citizen, a
*juristic* person, a citizen of interstate commerce, one who has congressionally granted
privileges (civil rights) that are <u>almost</u> equal to the inalienable rights[15] a free sovereign
American enjoys.  *Almost* because these privileges are secured against a debt of
submission to the morality legislated by Congress---including income tax.  These
individuals are the *subjects* of Congress (*alieni juris*) and under its protection as *residents*
of one of the federal States, persons enfranchised to the federal government, the
incorporated United States state defined in Article I, section 8, clause 17 of the constitution
for the <u>u</u>nited States of America, 1787.

---

[14]

**Guantanamo Military Camp was illegal under American Law.**

[15]

**"The Individual, unlike the corporation, cannot be taxed for the mere privilege of existing . .**
**. individual rights to live and own are natural rights for the enjoyment of which an excise**
**cannot be imposed."**
**RCL Taxation; 292 p 813 <u>Redfield vs. Fisher</u> @ 819.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised
March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

**Article 1, Section 18, clause 1. Federal District and Other Places. "*To exercise exclusive legislation in all cases whatsoever, over such district (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards and other needful building.*"**

Conclusion: The federal government has limited power over the *de jure* republic states or People, but it has *plenary* power over federal states such as the District of Columbia, Guam, American Samoa, the United States of the Virgin Islands, the Commonwealth of Puerto Rico, etc.

The *de facto* State (of California) cannot deny to these persons any federal privileges or immunities that Congress has granted to them (See the 14th Amendment). This specific *class* of citizen is a federal citizen and under the laws the United States Congress has passed. As such, they do not have inalienable common rights or natural rights.[16] In contrast the rights of The People include allodial[17] rights to property, the right to inheritance, the inalienable rights to work and contract, the right to travel, to life, to liberty, and to happiness, and many other rights that are not necessarily available to federal citizens. Remember, however, an American citizen does not necessarily have these inalienable rights if he either knowingly or unknowingly volunteered or contracted to be a United States citizen.

---

## SOCIAL SECURITY NUMBER

### The Civil Rights Identification Mark for United States Persons

The *social security number* seems to be the main mark and registration number of the 14th Amendment *de facto* citizen (federal citizen, or citizen of the United States or States). Although most Americans have a social security number, they did not obtain it for the

---

[16]

[17]

**Allodial. Allodial lands are the absolute property of their owner and not subject to any rent, service, or acknowledgment to a superior. Allodial title is therefore the opposite of feudal land tenure.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

purpose of becoming a United States citizen. If trick or design were used to obtain the signature of one of the parties, the contract can be made void *ab initio*. Such adhesion contracts can be broken by revocation of one's signature since it was not a legal contract to begin with. To have a valid contract, the two parties must **knowingly and voluntarily** agree to the terms and conditions and must be of age. Generally, written contracts must be executed (signed) by both parties.

Through a progression of events, the social security number became a tax identification number for United States citizens, resident aliens, and certain non resident aliens. The Internal Revenue Service started using it to identify non-business *taxpayers* (those who were <u>not</u> the subject of certain United States tax laws). Gradually, people began to believe that it was required for every United States activity, including taxes. They say, "It must be required. Everyone asks me for it!"

To ensure public acceptance within the United States, financial pressure was induced by economic and social controls under the foreign control of the <u>private</u> central bank of the United States, the Federal Reserve System[18]. As the standard of living fell, people began to turn from a concept of freedom and personal responsibility to a concept that demands increased controls to stem the rising tide of social problems that plague people who are financially oppressed. People began to believe that this number holds the key to security and that without it the fabric of society would be irreparably damaged. Employers and businesses also began to believe that they needed a number. Everyone rushed to obtain or retain the *benefit* social security offers.

We are taught that if we want to build credits for our protection (in old age, etc.) then we *must* participate. Of course, to build credits, one must subject himself to the requirements associated with the wage tax and this subjects one to the jurisdiction of the agency that administers it. To accomplish this, we think we have to fill out a Form W-4. Make sure you put your number on the form or you will not receive the protection you desire. Do you want a refund for the amount you overpaid? Just file a return, a Form 1040, of course.

When one obtains a social security number there is a *presumption* created that a *benefit* is requested. If a person receives a *benefit,* then that person is presumed to be subject to reporting and paying the taxes assessed either by the Internal Revenue Service or by self-assessment. A presumption not rebutted becomes a fact. See, <u>UCC 1-201(31)</u>.

---

[18]

**"The Federal Reserve Note is a foreign product owned by a foreign corporation, and not by you or the U.S. government." Read: They Own it All (Including You) by Ronald MacDonald, Robert Rowen, M.D. This is a must reading.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

§ *1-201(31)*
*"Presumption" or "presumed" means that the trier of fact must find the existence of the fact presumed <u>unless</u> and until evidence is introduced which would support a finding of its non-existence."*

If one participates, then deductions can be taken to build credit toward entitlement such as social security pension benefits, etc. However, having a social security number, in and of itself, <u>does</u> not necessarily make one obligated to the system. But, signing a Form 1040 or Form W-4 creates the presumption because of the quasi-contractual relationship these forms set up. It establishes the link wherein a presumption may be pursued and also for an entry to be made into a system of records that facilitates pursuit.

<u>Conclusion</u>: Americans who live in one of the union states of America do not have a legal requirement to participate in the United States social security program and he cannot be forced to obtain a number in order to exchange his labor for wage property unless, that is, he desires to work for a United States entity or a domestic partnership, trust or corporation. In 1994 the California-based Taco Bell company was sued because it required a social security number as a requirement for employment. After the case was settled, the company changed its employment application form to indicate that a social security number was not a requirement for employment.

---

# UNITED STATES TAXATION

The authority for many of the sections of the tax code (Internal Revenue Code: Title 26, United States Code) is THE REVISED STATUTES[19] 1873-1874. In the revised statutes the term "State" is defined on page 601.

**Chapter One. Officers of Internal Revenue.** Page 601.

**Sec. 3140. *The word "State," when used in this Title, shall be construed to include the Territories and the District of Columbia, where such***

---

[19]

Example: Section 3315 of the Revised Statutes was the source of Section 2802(b) of the 1939 Code. Section 2802(b) of the 1939 Code corresponds to section 5010(b) of the 1954 Code. The <u>1939 and 1954 Codes</u> are the principal codes used for the procedural rules of the Internal Revenue Service. 26 CFR § 601.102(a) states in part: " . . . Generally, the procedural rules of the Service are based on the Internal Revenue Code of 1939 and the Internal Revenue Code of 1954 . . . Reference to sections of the Code are references to the Internal Revenue Code of 1954, unless otherwise expressly indicated."

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Case 3:23-cv-00185-SLG-KFR   Document 12-22   Filed 05/10/24   Page 32 of 51

*construction is necessary to carry out its provisions. [And where not otherwise distinctly expressed or manifestly incompatible with the intent thereof, the word "person," as used in this title, shall be construed to mean and include a partnership, association, company, or corporation, as well as a natural person.].*

Note: 1.) The term *natural person* does not refer to the *de jure* People of the United States of America. The term person is a legal term that is defined in the codes, especially Title 26, the Internal Revenue Code. (See definition of *person,* above.) 2.) "Manifestly incompatible" means all terms in the code do not apply to an American because "United States law" is manifestly incompatible with "United States of America law."[3]

It is evident from this quote that the revised statutes are referring primarily to the territories and the District of Columbia. The United States congress was not authorized by the constitution for the United States of America to legislate for the People or independent sovereign states except where it was empowered to do so by one of the eighteen or so powers delegated to it by the People. These powers are listed in the constitution, 1787.

Today most Americans think there is a *constitutional requirement* or *legal obligation* to participate in the tax scheme as it is now presented by the United States. This is an incorrect belief and not only wrong but irrelevant. This is because *voluntary* participation has nothing to do with constitutional authority.

People dealing with the Internal Revenue Service are called *customers.* Commissioner Shirley D. Peterson had this to say: "*You are among the millions of Americans who comply with the tax law voluntarily. As a taxpayer and as a customer of the Internal Revenue Service . . . As we improve our organizational structure, we also will do a better job of serving our customers, the taxpayers*". The word customer is a legal term since it did not exist under earlier common law. See, *Black's Law Dictionary* 6th Edition:

**Customer. " . . .any person having an account with a bank or for whom a bank has agreed to collect items . . ."** [Did you ask to be one of their customers? Do you have a bank account?]

Apparently the Internal Revenue Service is operating in a commercial nature under international commerce rules such as the Uniform Commercial Code (UCC). If this is the

---

[3]

**NATURAL: Of or in agreement with the character or make up of a circumstance surrounding someone or something.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

case they must have some type of a contract that gives them the authority to collect. Forms such as the 1040 (Income Tax) and W-4 (Employment Tax) establish a quasi-contractual relationship that is enough to create a *presumption* that one is a taxpayer.  (I use the term *presumptive contract*).

<u>Conclusion</u>:  In order for the Internal Revenue Service to have authority there must exist an implied (presumptive) or written contract or an oral (parol) contract.

There are two broad area of taxation[13]: 1. <u>income taxes,</u> and 2. <u>internal revenue taxes</u>.  In the broad sense "income taxes concern only United States persons and resident aliens who live in one of the federal states, territories, possession, etc.  Internal revenue taxes concern only the Bureau of Alcohol, Tobacco, and Firearms.  A further breakdown follows:

---

### Income Tax vs. Internal Revenue Tax

| *Inome tax* concerns: | *Internal revenue* tax concerns: |
|---|---|
| • wage earners (Subtitle C) | • tax collected by <u>assessment</u> |
| • annuitants | • tax collected by revenue <u>stamps</u> |
| • pensioners | |
| • non-resident aliens (Subtitle A) | |

Income taxes are primarily collected by withholding:  A withholding agent collects nonresident alien income taxes and a covered employer collects wage taxes.

---

### E M P L O Y E R  &  E M P L O Y E E
### (26 United States Code, Subtitle C)

The federal income tax, under Subtitle A, is imposed on *taxable income* , not on wages. Income tax is discussed in the next section but a simple explanation is given here.

| <u>Wages</u> | <u>Income</u> |
|---|---|
| • **Subtitle C is the statute** | • **the employer withholds** |

---

[13]

**For further clarification about taxes, read 26 Code of Federal Regulations, Parts 600 & 601.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*Page 33 of 51*

## BELIEF & UNDERSTANDING

- **form W4 is the tax form used**
- **it is a tax on wages**
- **the tax is withheld from a covered employee by a covered employer**
- **concerns United States persons (United States citizens)**

- **Subtitle A is the statute**
- **the withholding agent withholds**
- **form 1040 is the tax form**
- **tax is on income**
- **the tax is withheld from certain nonresident aliens domestic income**
- **non resident alien who has a source of income in the United States**

Thus, the Employer & Employee section discusses the legality of <u>withholding taxes</u> from *wages* (defined as salaries, commissions, tips, interest, dividends, rents, royalties, and/or pensions). Since one is exchanging labor for money there is the question of whether the money earned is taxable according to subtitle C. To determine this, therefore, we must study Subtitle C. The taxation spoken of as *wages*, is found Subtitle C, Employment taxes, Chapter 24, Collection Of Income Tax At source, Subchapter A, Withholding from Wages. Subchapter C comprises sections 3401 to 3406. Section 3401 contains the definitions for this chapter. The term *employer* is defined in § 3401.

Note: The employer mentioned in Chapter 24 is a government agency or corporation and not a private business of "The People".

### § 3401. Definitions.

**(a) <u>Wages.</u>** *For purposes of this chapter* [Chapter 24–Collection of Income Tax at Source on Wages], *the term 'wages' means all remuneration (other than fees paid to a public official) for services performed by an <u>employee</u> for his <u>employer,</u> including the cash value of all remuneration. . .*

**(c) <u>Employee.</u>** *For purposes of this chapter, the term 'employee' <u>includes</u> an officer, employee, or elected official of the United States, a State, or any political subdivision thereof, or the District of Columbia, or <u>any</u> agency or instrumentality of any one or more of the foregoing. The term 'employee' also includes an officer of a corporation.*

**(d) <u>Employer.</u>** *For purposes of this chapter, the term 'employer' <u>means</u> the person for whom an individual performs or performed any service, of whatever nature, <u>as the employee</u> of such person . . .*

Does a company have a duty to withhold a wage tax from its workers? Is the company domestic to the [federal] United States? Is the worker receiving money from a United States business, a Federal, Inc. company, or from the state of the United States proper?

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Is the *employer* the United States or States government? And, most importantly, ask yourself, are you an officer, employee, or elected official of the United States, a State, or any political subdivision thereof or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing.

The following are some of the requirements for wage withholding: 1. There must be a statute. Subtitle C is the statute. 2. There must be a regulation–check to see if there is a regulation. 3. The company must be a *covered employer*, as defined. 4. The worker must be a *covered employee*, as defined. 4. The employee is an officer of a domestic corporation. 5. The employee is an officer, employee, or elected official of the United States, a State, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one of the foregoing. A company does not have to withhold taxes or make reports to any *intergovernmental agency* (of the United States), such as is the Internal Revenue Service, *unless* these elements are evident. By following this procedure of analysis, the company would be acting fully within the guidelines of Title 26 United States Code and the Code of Federal Regulations.

The authority to withhold from *covered employees* under 26 U.S.C. Subtitle C (employment tax) is found in section 3402. (The authority to *withhold* from foreign entities under 26 U.S.C. Subtitle A (income tax) is found in sections 1441, 1442 and 1443.)

Subtitle C is mistakenly regarded as the section that confers jurisdiction for the balance of the Internal Revenue Code on those who apply for a social security number and sign a Form W-4. It also lends merit to the overall **illusion** regarding requirements for the free inhabitants who are state Citizens (Americans) to pay United States wage and income taxes, but no matter how hard one looks for the authority to tax, or the general provisions to administer a tax in Subtitle F, no one can find where an imposition to pay and file a Form 1040 is required for one who is neither a United States person nor a nonresident alien. Therefore, one gets into the system by volunteering. The Internal Revenue Service calls that *voluntary compliance*, and the Internal Revenue Service is correct.

## COVERED EMPLOYERS AND EMPLOYEES

Only **covered** employers and *employees*, described in Chapter 24 of the Internal Revenue Code, must take deductions and make reports to the Internal Revenue Service. *(A mandatory requirement to obtain a social security number is limited to United States government agencies or corporations.)*

The only provisions that have the force of law relating to 26 U.S.C. Subtitle C (employment taxes) are for those who are legally defined as **covered** employees and employers. The question of concern to an employer is understandable when it comes to his duty to

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

withhold a portion of a workers pay. Must an employer withhold? To answer this, one must determine whether the employer is a *covered employer* and whether his worker is a *covered employee*–has the worker contracted to have taxes removed from his/her pay check. The worker must have on file a valid Form W-4? Or, if one was initially filed with the employer, is it still in force? (A W4 must be <u>renewed every year</u>, although usually this is not done.) If there is a valid Form W-4 on file, a presumption is created that one is a *covered employee* subject to wage withholding by a <u>*domestic covered employer*</u>.

> ### *Title 26 Code of Federal Regulations, Subpart K--Employment, Wages, Self-Employment, and Self-Employment income.*
>
> ### *§ 404.1001*
> #### *(a)(1) If you are an employee, your employer files a report of your <u>covered</u> earnings. If you are self employed, you file a report of your <u>covered</u> earnings. Some work is <u>covered</u> by social security and some work is not.*
>
> #### *(a)(2) If you are an employee, your <u>covered</u> work is called "employment."*
>
> #### *(a)(3) If your work is "employment," your <u>covered</u> earning are called "wages."*
>
> #### *(a)(5) If you are self-employed, your <u>covered</u> earnings are called "self-employment income*
>
> ### *Code of Federal Regulations. Title 20. Sections 404.1003, 404.1004 and*
>
> ### *§ 404.1005*
>
> #### *"Employment" means. . .any service <u>covered</u> by social security performed by an employee . . .*
>
> #### *What work is <u>covered</u> as employment? . . .Work you perform as an employee for your employer is <u>covered</u> as employment under social security.*
>
> #### *Who is an employee? <u>You must be an employee</u> for your work to be <u>covered</u> as employment for social security purposes.*

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*"Wages"---(a) The term 'wages' means remuneration paid to you as an employee for employment unless specifically excluded. Wages are counted in determining your entitlement to 'retirement survivors' and 'disability insurance' benefits.*

How does one volunteer to be a <u>covered employer</u>?  One can become a covered employer or employee by filing a specified tax form. The relationship is contractual. He files a Form SS4.  The contract is established when a worker with a social security number submits a form W-4 to a company that is a *covered employer*.  This is the only circumstance that would give a *covered employer* the authority to withhold.  The authority to withhold is granted by the permission of the *covered employee*.  A company becomes a *covered employer* when it volunteers to participate by obtaining an Employer Identification Number (Form SS4).  But remember, filing a W4 or an SS4 is a voluntary act.

---

### I N C O M E  T A X
### (Subtitle A)

We have discussed withholding from *covered employees* by *covered employers*.  What about *income tax*?  Is *income tax* one and the same as *employment tax* on *wages*?  The answer is, NO.  Income tax falls under Subtitle A:  Employment tax is under Subtitle C.

*Title 25, Subtitle A, Section 1. Tax Imposed*
*(a) . . . There is hereby imposed on the taxable <u>income</u> of . . .*

[Note: The terms *wage* and *taxable income* do not have the same meaning.]

| <u>Type of Tax</u> | <u>Contracts (forms) used to self-assess</u> | <u>What I state I owe in taxes (Self assess)</u> |
|---|---|---|
| Wage (employment) | Form W4 | I am stating that I am a covered employee and I owe taxes all my *wages* |
| Income | Form 1040 | I am stating that I owe income taxes on all my *gross income* |

Whom are the participants required to pay taxes under Subtitle A?  The American People who inhabit the 50 republic states are not *required* to participate but as was shown above they can volunteer to participate if they so desire.  In fact, even United States citizens are

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Case 3:23-cv-00185-SLG-KFR   Document 12-22   Filed 05/10/24   Page 38 of 51

not liable for income taxes unless they volunteer. Period! But remember, it is very easy to do an act that creates a presumption that one has volunteered to participate in a United States venue activity.

The only one who is _required_ to withhold and pay over the taxes specified in Subtitle A is a _withholding agent_. Subtitle A, section 1461 is the _liability statute_ for withholding and it is the _**only**_ liability section found in Subtitle A.

> ### Sec. 1461.  Liability for withheld tax.
>
> _**Every person required**_ [a withholding agent or a covered employer] _**to deduct and withhold any tax under this chapter is hereby made liable for such tax and is hereby indemnified against the claims and demands of any person**_ [a nonresident alien or covered employee] _**for the amount of any payments made in accordance with the provisions of this chapter**_ [only].
>
> [Brackets added.  Again, don't confuse the withholding here with the employer withholding mentioned above in the discussion of Subtitle C.]

We have seen in the above paragraph that the only person who is liable to withhold an income tax is a defined withholding agent.  Who is the withholding agent?  Treasury Decision 2313 gives us the answer.

> _**The responsible heads, agents or representative of nonresident aliens who are in charge of the property owned or business carried on within the United States, shall make a full and complete return of the income therefrom on Form 1040, revised, and shall pay any and all tax, normal and additional, assessed upon the income received by them on behalf of their nonresident alien principles.**_

Before one undertakes to be an income-tax-withholding agent for the Treasury Department, some _proof of_ an agency relationship must exist.  This agency agreement _must be in writing_.

Internal Revenue Service Form 2678, _Employer/Payer Appointment as Agent_, or a similar form, is used by the Internal Revenue Service for this purpose.  Both the withholding agent and Internal Revenue Service agent must sign the document. Otherwise, no agency relationship exists. But, if you alone sign the Form a presumption is created that you are an Agent for the IRS or BATF.

However, as we learned above, one can volunteer to withhold and pay over a tax to the

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

Case 3:23-cv-00185-SLG-KFR   Document 12-22   Filed 05/10/24   Page 39 of 51

Internal Revenue Service without having an agreement because the Internal Revenue Service will accept all *gifts.* Thus, we see that only representatives of nonresident aliens are required to report the income of those they represent, but only **if** that business is owned by the United States (incorporated by Congress, etc.), or, if that **business** is carried on within the United States---that is, in one of the federal states, possessions, territories, or federal areas, or if a nonresident alien is deriving income from **property** that lies within the United States or, of course, if s/he volunteers in one way or another to pay a tax.

Who needs to file an *income tax return*? Section 6012 of Subtitle A requires a return to be filed but only for income taxes. (Subtitle C has no requirement to file a 1040 income tax return.)

> **Section 6012 "PERSONS REQUIRED TO MAKE RETURNS"**
> **General Rule.---Returns with respect to <u>income taxes</u> under Subtitle A shall be made . . .**

When the Internal Revenue Service, moves forward with a wrongful collection process, it must rely on legal authority and procedure that is limited to Subtitle A. But it bases its collection activity on W-2, or 1099 *wage* information which is for a Subtitle C Tax. Is this fraud or what? They are using Subtitle C information to collect a Subtitle A (income) tax. Illegal? No, it is not because you volunteered into the taxing system. The only reason the Internal Revenue Service is able to get away with this *error* is because of <u>the ignorance</u> of the filer, attorneys, agents, CPA's, etc. They do not understand the provisions of law in Subtitle F.

**Conclusion**:

There is no mandatory requirement for a private American citizen to file any United States tax form unless of course he in some manner either voluntarily or involuntarily subjected himself to the jurisdiction of the United States taxing authorities. See *Morse v. U.S.*, 494 F2d 876, 880 where the Court explained how one becomes a *taxpayer:*

> **Accordingly, when returns were <u>filed</u> in Mrs. Morse's name declaring income to her for 1944 and 1945, and <u>making</u> her potentially liable for the tax due in that income, she <u>became</u> a taxpayer within the meaning of the Internal Revenue Code.**

> In other words she <u>volunteered</u>.

-----------------

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING
## ASSESSMENT AND ENFORCEMENT

### Collection by

### [Director, Alcohol, tobacco and Firearms][8]
### The Internal Revenue Service

Section 6201 gives <u>assessment authority</u> to the Secretary. When you make a self-assessment by filling out a Form 1040 or a W4, your tax from an income tax to an internal revenue tax and now the BATF can handle your file because the IRS does not have any enforcement authority. Enforcement authority is under the Bureau of Alcohol, Tobacco and Fire Arms, Title 27. For this reason, the officers that come to get you have guns, handcuffs, arrest warrants, search warrants–they are the enforcers. How could this be? I think it is because all the taxes we pay are excise in nature.

The Internal Revenue Service has no enforcement authority. The Internal Revenue Service can only 1) examine returns that are filed, 2) make determinations of deficiencies and 3) collect. See <u>26 CFR 601.101</u> and the Treasury Department in the United States Government Manual. It outlines the structure of the Treasury Department. You will find that the IRS has no enforcement authority. See the chart below called "Line of Authority."

#### SECTION 6201 "ASSESSMENT AUTHORITY"

***The Secretary is authorized and required to make the inquires, determinations, and <u>assessments</u> of <u>all</u> taxes** [internal revenue taxes] **. . . which have not been duly paid by stamp at the time and in the manner provided by law. Such authority shall extend to and include the following.***

***(1) Taxes <u>shown</u> on return. [e.g., Form 1040, W4, etc.]***
***(2) Unpaid taxes payable by <u>stamp</u>.***

Note: 26 U.S.C. 6201 concerns taxes not "duly paid by stamp". Nothing else. Also, remember when you file a form you self-assess internal revenue taxes. You do not assess "<u>income taxes</u>."

---

[8]

Federal Register, Vol 41, No. 180--Wednesday, September 15, 1976. "The term 'Director, Alcohol, tobacco and Firearms Division' has been replaced by the term 'Internal Revenue Service." There is obvious deception here.

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*Page 40 of 51*

6 C.F.R. § 601.102 further defines the principal division for assessed taxes:

> ### § 601.102 Classification of taxes collected by the Internal Revenue Service.
> **(a) Principal divisions. Internal revenue taxes** [not income taxes] **fall generally into the following principal divisions:**
>
> > **(1) Taxes collected by assessment.**
> > **(2) Taxes collected by means of revenue stamps.**

These section shows that the Secretary's assessment authority extends **only** to taxes *shown on returns* and taxes payable by *stamps*.

The regulation that are promulgated by the Secretary for section 6201 are 27 C.F.R. Part 70, and 26 C.F.R. § 301.6201-1. Part 70 regulates alcohol, tobacco and firearm taxes and not income (Subtitle A) taxes. Part 301 concerns the internal workings of the internal revenue service and not income taxation. 26 C.F.R. Part 1 regulations are the Income tax regulations. Since there are *no* Part 1 regulations for section 6201, the statute is not applicable to income tax assessments but it is applicable to the workings of the Bureau of Alcohol, Tobacco and Firearms.

The Internal Revenue Service can make an assessment but it is not under the Under Secretary (Enforcement). However, since Part 70 is the implementing regulation for 6201, the Bureau of Alcohol, Tobacco and Firearms is authorized to act and enforce section 6201 as long as it follows the guidelines of the titles 26 and 27 of the United States Codes and the Code of Federal Regulations.

If a person is *required* to file and doesn't, then the Internal Revenue Service may have assessment authority. The authority for collection and assessment is found in 26 United States Code, Subtitle F, chapters 61-80. However, chapters 61 to 80 were re-codified into Title 27. See Federal Register, Vol. 37, No. 113, Saturday, June 10, 1972.

> **FEDERAL REGISTER, VOL. 37. NO 113--SATURDAY. JUNE 10, 1972**
> **BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS.**
> **Establishment, Organization, and Functions.**
>
> **By virtue of the authority vested in me as Secretary of the Treasury, including the authority in Reorganization Plan No. 26 of 1950, it is ordered that:**
>
> **1. The purpose of this order is to <u>transfer,</u> as specified herein, the**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*functions, powers and duties of the Internal Revenue Service arising <u>under laws relating</u> to alcohol, tobacco, firearms, and explosives (including the Alcohol, Tobacco, and Firearms Division of the Internal Revenue Service) to the Bureau of Alcohol, Tobacco, and Firearms hereinafter referred to as the Bureau which is hereby established. The Bureau shall be headed by the <u>Director, Bureau of Alcohol, Tobacco, and Firearms</u> [IRS] hereinafter referred to as the Director. The Director shall perform his duties under the general direction of the Secretary of the Treasury (hereinafter referred to as the Secretary) and under the supervision of the Assistant Secretary (<u>Enforcement</u> Tariff and Trade Affairs, and Operational) (hereinafter referred to as the Assistant Secretary).*

*2. The Director shall perform the functions, exercising the powers, and carry out the duties of the Secretary in the administration and <u>enforcement</u> of the following provisions of law:*

*(a) <u>Chapters 51, 52, and 53</u> of the Internal Revenue Code of 1954 and sections 7652 and 7653 of such Code insofar as they relate to the commodities [excise] subject to tax under such chapters.* [brackets added]

*(b) <u>Chapters 61 to 80</u>, inclusive of the Internal Revenue code of 1954, insofar as they relate to activities administered and enforced with respect to chapters 51, 52, and 53.*

Note: No authority to enforce Income or Employment tax.

Chapters 61 to 80 are found in Subtitle F–Procedure and Administration. Chapter 51 concerns distilled spirits, wines, and beer. Chapter 52 concerns cigars, cigarettes, smokeless tobacco, and cigarette papers and tubes. Chapter 53 concerns machine guns, destructive devices, and certain other firearms.

Title 27 containing the codified statutes that are applicable to the Bureau of Alcohol, Tobacco, and Firearms. The authority of the Bureau of Alcohol, Tobacco, and Firearms is primarily confined to excise tax regulation and enforcement. See notes in 27 C.F.R. ch. 1(4-1-91 Edition), the Federal Register Vol 38 No. 226 Nov. 26, 1973, p 32448 which contains a statement by Rex D. Davis, Director, Bureau of Alcohol, Tobacco and Firearms, to wit:

*"Because this Treasury decision <u>merely re-codified</u> the portion of 26 C.F.R.*

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

***Part 301 entitled, 'Discovery of Liability and Enforcement of Title' into 27 C.F.R. Part 70 . . ."***

The U.S. Government Manual 2000 - 2001, page 343 shows that the authority for the Internal Revenue Service is under the Deputy Secretary, who is under the Secretary of the Department of the Treasury.  However, the Bureau of Alcohol, Tobacco, and Firearms is under the Under Secretary for Enforcement, who is under the Deputy Secretary, who is under the Secretary of the Treasury.

## Line of Authority for Tax Enforcement

| Secretary of the Treasury | Secretary of the Treasury |
|---|---|
| Deputy Secretary | Deputy Secretary |
| Under Secretary for <u>Enforcement</u> | **Internal Revenue Service** |
| **Bureau of Alcohol, tobacco, and Firearms** | <u>Note: IRS is not under enforcement</u> |

Note: BATF is under the Secretary for Enforcement.  Also, the U.S. Customs Service, the U.S. Secret Service, and the Federal Law Enforcement Training Center is under the Under Secretary for Enforcement.  But the IRS **is not under** the Under Secretary for enforcement.

Conclusion: There is an overlapping of authority between the Internal Revenue Service and the Bureau of Alcohol, Tobacco, and Firearms but because the IRS is not under the enforcement
secretary, its authority is primarily limited to assessment and collection.  Its mission is to collect  the proper amount of tax revenue at the least cost to the public.  See, <u>United States government Manual</u> 2000 - 2001, page 350:

> *". . .the Service: —strives to achieve the highest possible degree of <u>voluntary</u> compliance in accordance with the tax laws and regulations; . . ."*

---

## COLLECTION
### (26 CFR 601.103(a))

A taxpayer (NOT YOU) is a person required to collect and pay over the tax. :"The Federal tax system is basically one of <u>self-assessment.</u>  The taxpayer is required to file a

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

prescribed form (e.g., 1040) of return which shows the facts upon which tax liability may be determine and assessed. Generally the taxpayer must compute the tax due on the return and make payments.

If the taxpayer fails to pay the tax when due, the district director (IRS), or the director of the regional service center (BATF), after assessment issues a notice and demands payment within 10 days from the date of the notice.

In the case of "income tax" the tax is collected in "large part" through withholding at the source., however, some "income taxes" are collected through payments of estimated tax. Certain excise taxes are collected by the sale of internal revenue stamps.

An "internal revenue tax" assessment is based upon a return required by law or regulations. The computation can be done either by the taxpayer, or the taxpayer can elect to have the Internal Revenue Service compute the tax. (Note: You can at all times be in control.)

If a taxpayer fails to make a return [internal revenue tax return--not an INCOME TAX RETURN-- it may be made for him by a district director or other duly authorized officer or employee. Note, it reads "officer" (BATF) not "agent" (IRS). The authorization for this 26 U.S.C. 6020 and the regulations thereunder. When the IRS makes a return for you it is called a "substitute for return": or SFR. There are strict procedures to be followed. The procedures are not discussed in the treatise.

---

## D I S B U T E D   L I A B I L I T Y

If you have become a taxpayer and have gotten to the stage where the Internal Revenue Service is claiming you owe taxes, the IRS will send you a 10 day letter demanding payment. If you dispute their claim you can request a conference with the Appeals Office. The Appeals Office cannot determine liability for any excise tax imposed by the Internal Revenue Code, Subtitle E or by Subchapter D of chapter 78 to the extent it relates to Subtitle E. See 26 CFR 601.106(a)(4).

If a taxpayer request a conference with Appeals, the conference will be with either the Service or the Director, Foreign Operations District (FOD). The Director, Foreign Operations District, administers the "internal revenue laws" applicable to the following taxpayers.

    1.   Taxpayers residing or doing business abroad

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

2.  Foreign taxpayers [that is, nonresident aliens] deriving income from sources within the United States.

3.  Taxpayers who are required to withhold tax on certain payments to nonresident aliens and foreign corporations, provided the books and records of those taxpayers are located <u>outside</u> the United States.

Note: Because, You, the reader, live in a foreign state, (e.g,, California) and your books and records are outside of the United States because they are in California, you would be classified as a non-resident alien, as to the United States.

---

## D E F I C I E N C Y

If the amount of taxes you claim you owe on a tax form is less than what the IRS deduction charts say, then you have paid a deficient amount of tax.  For example, this may have occurred because you claimed too many deductions or miscalculated your amounts, etc.

From the above discussion several points are evident regarding Assessments and Deficiencies:

1.  The defined taxpayer (generally, this NOT YOU, the reader) <u>himself</u> had to make an assessment.  There is no law, except under special circumstances, for the IRS to make an assessment for you.  Note the wording, "the amount of income tax shown <u>by the taxpayer</u> upon his return."  Thus, if the taxpayer does not make his own assessment, there can be no deficiency. It is strictly a voluntary[9] system—TO BE MADE LIABLE, YOU MUST FIRST MAKE AN ASSESSMENT!!  You have been fooled.  You always thought you had to make an assessment, that is, file a Form 1040.  The truth is, all these years, you have just been giving a <u>gift</u> to the United States [Government].

2.  Suppose someone does file a return.  How does the Internal Revenue Service determine if there is a deficiency?  There is a published chart that tells how much the

---

[9]

**"Our system of taxation is based upon voluntary assessment and payment, not upon distraint."**
<u>Flora v. United States</u> **362 US 145 @ 176.**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

tax should be for those filing a Form 1040.  The IRS compares <u>the amount of tax you said</u> you owe to their published chart.  If you claimed too many deductions or too many exemptions, etc., on your Form 1040 then the IRS will determine you have a deficiency and so notify you by sending you a Notice of Deficiency.  And, visa versa, if you paid too much in tax, the IRS gives you the overage called "tax refund."

---

### Legal Deception

By studying this paper it must be apparent that the Internal Revenue Codes are written in a very tricky manner.  There is legal-deception here: When the IRS talks about making an assessment in their materials they do not tell you that there are actually two assessments: Yours and theirs.  Yours comes first (as shown above) and theirs comes second.  **Theirs cannot be done unless you first made your assessment** and then they found, on examining your return, that you did not assess according to their chart.

If the IRS assessment determines that you'll owe more taxes than you stated on your return form, the IRS will send you a notice of deficiency.

> *Section 6212.  NOTICE OF DEFICIENCY*
> *(a) In General.----If the Secretary determines that there is a deficiency* [when they make their assessment] *in respect of any tax <u>imposed</u> by Subtitle A and B and excise taxes imposed or chapters 41, 42, 43 and 44, he is authorized to send a notice of deficiency to the taxpayer . . .*

**Cross reference: See 1954 Code, Section 6212, NOTICE OF DEFICIENCY.**
> *(a) In General.-If the Secretary or his delegate determines that there is a deficiency in respect of any tax <u>imposed</u> by subtitles A or B, he is authorized to send notice of such deficiency to the taxpayer by registered mail.*

Did any of the sections discussed above give to the Secretary to send a Notice of Deficiency for a Subtitle C employment tax deficiency?  Isn't the answer, "NO,THEY DO NOT."  Are you filing forms you don't have to file and paying taxes you do not owe?  This question as to whether you owe or don't owe taxes is beside the point, however, because you will, most likely, not be able to find a method to overcome the power of the IRS in either case.  Sometimes it is better to acquiesce to their authority and powers than to go to jail. Right? But now, at least, you have some knowledge about the fraud!

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

**Recap using an example:**

1. You fill out a form you are <u>required</u> to file or <u>volunteered</u> to file
2. On the tax form, usually a Form 1040, you state you earned $50,000 during the year.
3. You take all the deductions that are allowed.
4. After looking at the IRS deduction and allowance chart to learn the amount of taxes that are owed.
5. After looking at the chart you believe you owe $15,000 in taxes.
6. After the return is received, the Internal Revenue Service exams your return (the assessment you made), the IRS does their own calculations and look at the same chart you did. If they determine you miscalculated (took too many deductions or exemptions, etc.) they will notify you that an additional amount is owed. The Internal Revenue Service then sends you a "Notice of Deficiency" and you must either pay the tax, or lose your personal or real estate property or could even go to jail.

As it turns out, many believe that income tax payments to the IRS is nothing more than a GIFT TAX. What do you think? The amount of your gift is based on what you say it is. Again, be careful, if you declare--usually under a penalty of perjury--you owe a sum certain then the Internal Revenue Service can prosecute you if you don't fulfill your contract.

---

# CONCLUSION

The status of people and persons and certain applicable law has been discussed. The last part of this discussion will indicate the understanding of the knowledgeable American who is submitting this writing in support of his belief (reliance defense).

**The understanding and beliefs of** _____ **, *suae potestate esse***

I know that no section of the Internal Revenue Code imposes any requirement for an individual American, living in one of the compact republic 50 *de jure* states to file an *income tax return* with the United States state unless he qualifies as a covered employer or employee, or is a withholding agent of a defined non resident alien, or he has in someway volunteered to participate in the United States taxing system.

I know that the *employment tax* (as defined in Subtitle C, Chapter 21 titled, *Federal Insurance Contributions Act* (social security), to Subchapter A of Chapter 21 titled, *Tax on Employees*, which includes Section 3101, wherein, the social security tax is identified as a <u>tax on income</u>, is not an *insurance contribution,* is not a *tax on employees* or on *wages* or

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

*earnings*, and is not an *income tax*. And, it is only applicable to certain United States persons or citizens.

I know that no provision in the Internal Revenue Code imposes a tax on employees or requires one to obtain a social security number---needed to participate in the United States social security welfare programs---or to pay a wage tax (actually a *gift tax*); or, requires one to complete and sign a Form W-4, *Employee's Withholding Allowance Certificate*, that contains a social security number.

I know that the United States of America is the nation and the United States is only a government that has risen itself into a quasi nationhood. That *States* (United States) means standing and not a geographical location.[1] And, that the constitution did not create America, Americans or the states. The People created America, the United States Government and the states of America.

I believe that the United States Government, a.k.a. District of Columbia, a.k.a. United States, has become a despotic, super-ruling government, which is perpetuating an institution of *political means, a merchant-State* organized solely for the purpose of perpetuating a *political means* comprising total control over the People it was supposed and designed to protect.

I know that the average American believes he is under the absolute jurisdiction of the United States which is exactly what the political State wants him to believe, and that the United States Government, a.k.a United States is only a **political organization** that is passing itself off as the sovereign country of the United States of America; but, it is only a corporate state and it is not the *social institution* that was contemplated in the Declaration of Independence because the corporate United State (Government) is not securing the *substantive rights* of The People.

I believe the *de jure* People of this country are the sovereigns.

---

## NOTICE

*This is a common law, copyrighted document. No one has the right to alter any statement contained herein. All rights are reserved. This document can be submitted or used by anyone for their personal use as witnessed by their signature below, but all rights, title, and interest pertaining to this document remains assigned, without recourse, to Dan Romaine Kirkham MD JD, his heirs, or assigns.*

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

There may be errors made in my research as well as faulty conclusions made herein. The reader is responsible for confirming the ideas promulgated herein. It will be greatly appreciated if errors are found that you notify the author of such. Thanks.

---

## Summary

The foregoing writing will stand as a true and correct and factual interpretation of law per the understanding of the signatory found below. The information submitted herein appears to me, the undersigned, to be accurate, timely, legally correct, truthful, lawful, constitutional and a correct interpretation of the Uniform Commercial Code, the United States Code, the Code of Federal Regulations and the laws of all sub-governments of the United States and States, or the United Nations.

March 15, 2015

---------------------------------------

## Confusing terms

Some of the terms used in the United States codes have multiple meanings and uses. This causes great confusion for those of us who try to understand the workings of the United States agencies and bureaus. The following is a list of a few terms that can cause confusion when reading the codes. If applicable to you, study these terms and learn their varied meanings. Usually, each code section has its own particular definition.

- **Americans**
- **United States citizen**
- **citizen of the United States**
- **citizen of the United States of America**
- **Federal citizens**
- **state citizens vs State citizens**
- **National citizens**
- **Constitutional Article 4.2.1 citizens vs. Article 1.9.1 persons**
- **United States person**
- **person vs. people**
- **internal revenue taxes vs. income taxes**
- **constitution for the United States of**

- **America**
- **United States constitution**
- **United States Postal Service**
- **United States Post Office**
- **State vs. state**
- **federal states**
- **republic states**
- **State of California**
- **state of California**
- **democracy vs. republic**
- **natural person vs. natural man/woman**
- **individual**
- **"internal revenue service" can mean "state"**

## END

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California

# BELIEF & UNDERSTANDING

## VERIFICATION

by

_____

The foregoing writing will stand as a true and correct and factual interpretation of law per My present understanding and that it is accurate, timely, legally correct, truthful, lawful, constitutional and a correct interpretation of the Uniform Commercial Code, the United States Code, the Code of Federal Regulations and the laws of all sub-governments of the United States or States or the United Nations.

The undersigned reserves all rights with explicit reservation and without prejudice, pursuant to the 9th article of the Bill of Rights, 1791, and *Gordon vs. Idaho (1985)(9th Cir.) 778 F.2nd, 1397,* and My truly and sincerely held religious beliefs, at Matthew 5:33-37 and James 5:12, in the exercise of the rights guaranteed under the establishment of the free exercise clause, Article 1 of the Bill of Rights, 1791 and the constitution for the united States of America 1787 (*U.S. v. Seeger, 380 U.S. 184, 85 S.Ct. 863*) and in compliance with *U.S. 96 Stat 1211.*

I, _____ , under a *Qualified Statement*, declare under a penalty of perjury, that this affidavit and declaration is *true, complete, certain* and *correct*, except as to those matters held on information and belief, and as to those matters, the undersigned signatory believes those to be true.

Qualified Statement: *Statement of that which one does not know to be true. An unqualified statement of that which one does not know to be true is equal to a statement which one knows to be false.*

**Executed this** _____ **Day of** _____ **2015**

READ AND ACKNOWLEDGED AND AGREED TO AS MY UNDERSTANDING

WITH EXPLICIT RESERVATION OF ALL RIGHTS

As servant only to my Creator, the Supreme Being

_____

**Signature**

Common law copyright by Dan Romaine Kirkham, MD JD, Orange, California 2001 C.E. Revised March 22, 2015 C.E. in Corona, California