**11.0 These documents represent a series of correspondences between Biesemeyer and Severance/Everson wherein Biesemeyer confirms payment sent and outlines expectations and concerns.**

11.0

Jonly Bonly,

Enclosed is the $1,000 dollars for December 2015.

As I told Dr. Dan at our meeting last October, I live on a small stipend of rents that come in every month. Often the accounts are not paid until the end of first week every month.

I had told Dr Dan that payments would usually be on or about the 10th of every month. This month I was prepared to pay on the 1rst, but Dr Dan had suggested that I wait and hear from you prior to payment. As we agreed last night, I am sending the payment today.

On the phone you had stated that I owed you $11,000 dollars. That was the same amount which you said last October 3, 2015 when we met.

At that meeting, you had said that you would credit me $2,000 dollars for Notices and Certificates that were initiated on properties, that I had not intended for you to proceed with until we had a success. I believe there was more spent on those cases than $2,000, but I appreciate your offer of credit for $2,000.

This credit would put the balance at $9,000 dollars on October 3, 2015.

Also on that date, on or about October 3, 2015, I made a $1000 dollar cash payment to Dr Dan which would have put the balance at $8,000 dollars and then I paid another $1,000 dollars in cash for the month of November as I agreed, which would place the balance at $7,000.

In talking with you and Richard, I was told that you did another 3 ($500) event process on the account with an 1) Non-negotiable acceptance on the latest copy of the Writ of Assistance delivered to us by the troopers when they evicted us off the property, a follow up (2)NOTICE OF DISHONOR and a (3) NOTARY CERTIFICATE OF DISHONOR, which would had added another $1500 dollars to the account for a balance of $8,500.

Enclosed is $1,000 dollars cash for December 2015 which would bring the balance back down to $7,500.
Is this correct?

I believe I have honored all of our agreements and will continue to do so, and it is my hope you will proceed in a timely manner to have some closure on this.

The Hawaii property is facing a similar fate of eviction, and would like to get closure on the Alaska property, to know how to proceed.
David



January 9, 2016

Billy,

As agreed, enclosed is the $1,000 dollar payment for the Month of January 2016. You had stated on or about October 2015 that the balance owed to you was $11,000 dollars.

My records indicate the following accounting and payments:

|   |   | Balance |
|---|---|---------|
|   |   | $11,000 |
| 1) | Minus $2,000 Credit you indicted for "events" on miscellaneous properties not connected with subject property. | $ 9,000 |
| 2) | Minus $1,000 paid in person cash to Dr Dan October 2015 | $8,000 |
| 3) | Minus $1,000 cash mailed to Dr Dan for the month of November 2015 | $7,000 |
| 4) | Minus $1,000 cash mailed to Dr Dan for the month of December, 2015 | $6,000 |
| 5) | I was told that three ($500) events were conducted by you in an acceptance of the latest Writ of Assistance executed the Alaska Troopers. ($ 1,500) | $7,500 |
| 6) | Enclosed is $1,000 dollars for the month of January 2016 | $6,500 |

Also enclosed are copies of (9) nine events on properties I did not intended to proceed with until we had success with the first transaction. My records indicate that you gave me $2,000 dollars credit for the $4,500 that I paid you for these un-needed events.

If this is not correct please update my accounting so I can amend.

I recently had someone check the court records and apparently another lawsuit was initiated against me, in what I am presuming is a quit title action against the property. I have not received any process on the case and two weeks ago I sent a letter to the Clerk of the court asking them to forward to me a copy of the complaint. As of today, I have not received anything.

With your approval, Richard and I will promptly do an acceptance when the complaint is forwarded to us. Now that there are (3) three cases regarding this property, I would like to see how you will join the record to all three cases for removal to Federal court.

As you know, I am currently homeless and living in a 1978 Motorhome while I am in Alaska. I lost a substantial portion of my income that came from the two Guest houses that were on the confiscated property. I am able to make these payments, but I am living on a credit card.

How is the Federal Removal coming? Originally you had said that it would be filed on Monday on or about October 4, 2015 and then we discussed on the last conversation that you were still working on it. I have not received any recent updates. I would appreciate any news on this subject.

*David Paul Biesemeyer*

_____
David Biesemeyer

10/05/2015  Initial Judicial Assignment: Honorable Erin Marston

10/05/2015  Complaint Re Real Estate Matter Receipt: 1217691 Date: 10/05/2015

10/05/2015  Summons and Notice to Both Parties of Judicial Assignment

10/05/2015  Attorney Information Attorney Cahill, H Frank representing Plaintiff Larry E Wehr Family Trust as of 10/05/2015

12/31/2015  Letter Filed - Addressed to Clerk of Court David Biesemeyer (Defendant);

01/26/2016  Notice of Change of Address David Biesemeyer (Defendant);

02/04/2016  Affidavit of Diligent Inquiry in Support of Motion for Order Permitting Service on Defendants by Publication - Lacks Motion c/s 2-5-16 Attorney: Cahill, H Frank (8611099) Larry E Wehr Family Trust (Plaintiff); Michael Wehr (Plaintiff); Filing Party: Larry E Wehr Family Trust; Wehr, Michael Case Motion #1

02/05/2016  Notice of Deficient Filing(s) mailed re: Affidavit of diligent inquiry filed on 2-4-16 lacks motion. File motion to publish. Notice of Deficient Filing (Anchorage) (8/14) Sent on: 02/05/2016 11:49:07.35

02/08/2016  Motion to Publish [Response to Deficiency Notice] Attorney: Cahill, H Frank (8611099) Larry E Wehr Family Trust (Plaintiff); Michael Wehr (Plaintiff); ; H Frank Cahill (Attorney) on behalf of Larry E Wehr Family Trust, Michael Wehr (Plaintiff) Case Motion #1: Affidavit of Diligent Inquiry in Support of Motion for Order Permitting Service on Defendants by Publication - Lacks Motion c/s 2-5-16

Billy,



Here is the February payment of $1,000. My records show:

|  | Balance |
|---|---|
|  | $6,500 |
| Feb 2016 payment $1,000 | $5,500 |

I was encouraged when I talked to Richard and he mentioned that you had told him that we are getting closer to filing the Federal Removal.

I left Alaska on October 5, to take care of some business in Hawaii. I was told by my brother that a certified mail with restricted delivery came to my Anchorage Post Office Box 110751.

I forwarded my mail to General Delivery, Captain Cook, Hawaii and so far nothing has showed up.

I had someone check the court log and apparently they found my name listed as a defendant:

3AN-15-10092CI    Civil Superior Ct (3AN)    10/05/2015    Biesemeyer, David    Defendant

I have made attempts to gain a copy of the complaint, but so far with no success. I filed a notice of inquiry/ change of address, which I will attach and cc'd the clerk of the court, the judge assigned to this case and the plaintiff's attorney. I recently received a form from the court for requesting documents and Richard said that I should give them a "NON-NEGOTIABLE ACCEPTANCE" on it and return it to them.

On the following page is a copy of the docket and apparently after I gave them my proper address, they are attempting to bypass me and file service of process by ~~mailing~~. publishing.

I assume that this will be moot if we get the removal in in a timely manner. Also, since I do not know how we are going to address the Federal Court, I suspect that all three case numbers would need to be removed.

Let me know if there is anything I should be doing. It would be nice to hear from you about the progress.

DPB

Billy,  March 1, 2016 

Enclosed in the latest envelope received from the ALASKA COURT SYSTEM:

1) COMPLAINT TO QUIET TITLE
2) ORDER granting Plaintiff's motion to publish (absent defendant)
3) NOTICE TO ABSENT DEFENDANT (DAVID PAUL BIESEMEYER)
4) NOTICE TO ABSENT DEFENDANT (Any person claiming in interest in real property at 11500 Hawkins Lane, Anchorage, Alaska.

These were all in the same envelope from the ALASKA COURT SYSTEM and hopefully we can give an acceptance on all of them at the same time… so there is only "three events that arise from this letter (1) NON-NEGOTIABLE ACCEPTANCE 2) NOTICE OF DISHONOR and 3) CERTIFICATE OF DISHONOR?

I have given NOTICE to the court and the Plaintiff's attorney that I have continuously been available for service of process and thus far, they have neglected to serve me. Apparently I left to see you in California on the 3rd of October and they sent a certified mail to me on the 5th which I never received as it was restricted delivery and they would not release it to my brother.

On or about this same time I placed a forwarding address to General Delivery, Captain Cook, Hawaii… and nothing ever showed up here. Probably more information that you needed or wanted…

It would be nice if these cases were removed to Federal Court before a lot more "events" transpire. I will forward this month's gratuity to you when it comes in. I have several tenants that are struggling and are behind on the rent. Usually I will have something to send each month by the 10th… which will get to you… before the 13th or 14th of each month.

It would be nice to have communication as to when we might expect progression on this case. Thank you for your consideration.

My records indicate a balance owed to you of $5,500 before this latest transaction.

MAR 01 2016

David

*March*

Billy,



As I agreed, here is a payment of $1,000 dollars for March 2016.

I show a balance after this payment of $4,500 dollars not including the latest "event" regarding the quiet title action.

Although it is very hard to understand why you are not communicating as to your progress with the Federal Removal, I will keep my word and pay you for the transactions previously fulfilled.

Part of my agreement with you was that I would attempt to send other people to you for help. Based upon promises made by you and promises yet unfulfilled, I am sure you must understand that I am having difficulty finding other people that wish to divest themselves of $40,000 dollars, be evicted from their home and then met by silence from you.

I am sure you must know that a reasonable man might have some concerns?

I am still optimistic, but am without any evidence to base it upon. Please consider communication with me as to your progress.

*David Paul Biesemeyer*

David

Billy,   April 4, 2016

As I agreed, here is a payment of $1,000 dollars for April, 2016.

I show a balance after this payment of $3,500 dollars.

Enclosed is:

1) A copy of the "CLERKS CERTIFICATE OF SERVICE OF POSTING TO THE ALASKA COURT SYSTEM LEGAL NOTICE WEBSITE", the original was ACCEPTED, SIGNED and DATED and returned to the sender, "THE ALASKA COURT SYSTEM"
2) A copy of the NON-NEGOTIABLE NOTICE OF ACCEPTANCE the original was affixed to the accepted draft. I cc'd: H Frank Cahill, the attorney for the Plaintiff(s), (He was sent the NOTICE, but not the draft).
3) The ORIGINAL CERTIFICATE OF MAILING under postmaster seal

I have printed the NOTICE OF DISHONOR but will not send it out until it ripens on April 18, 2016.

I am sending the original CERTIFICATE OF MAILING to you now and will send the other when I send out the NOTICE OF DISHONOR

I am still having fun, I have the same process you started continuing with the COUNTY OF HAWAII. I originally did not intend to risk both properties until we had a success, but since you started the process, and I apparently was charged and am paying for 16 "events", I want to keep it alive with the faith that you will fulfill your promise, on the Alaska property, and help remove the case to federal court.

Even though the light that you will keep your word is five months dim, I still have an expectation that you will do so, and I will keep the Hawaii process alive as long as I can.

In my Hawaii file, I have NON-NEG ACCEPTANCES and NOTICE(S) OF DISHONOR, but do not have ANY CERTIFICATES OF DISHONOR. Hopefully you have the FIRM MAILING RECEIPTS so the file can be joined and Notary Certificates issued if need be. It is not necessary to do anything, just want to make sure you have them.

Please notify me if "I" have "ACCEPTED" the latest draft for the (ALASKA) QUIET TITLE action. After I sent you the copy, Richard had said that you were going to ACCEPT it on my behalf and send me the accepted copy.

This would be a very good time for the Federal Removal with the Alaska QUIET TITLE action pending.

Thank you for your help on this.

*David Paul Biesemeyer*
_____
DPB

Billy,                                                                                    June 8, 2016

| | | |
|---|---:|---:|
| April Balance | | $3,500.00 |
| May payment made by agent in Hawaii | $-1,000.00 | $2,500.00 |
| June payment made today | $-1,000.00 | $1,500.00 |
| | | ———— |
| New Events   (4)  four | $+2,000.00 | $3,500.00 |

Here is the $1,000 payment for June 2016.

My records show a balance of $3,500 as of April 2016.
My agent from Hawaii, that owed me some money, told me he sent you the May payment of $1,000 on my behalf, leaving a balance of $2,500

This payment of $1,000 would leave a balance of $1,500

It appears that there are two letters forwarded to you that you responded to with NOTICE OF NON-NEGOTIABLE ACCEPTANCES and follow up NOTICES OF DISHONORS which you have no billed me for.

Is this correct?


Thank you  for your help on this,                                                JUN 0 8 2016

_____
DPB

Billy, August , 2016

− 3500⁰⁰
July Pmt. 1,000
$2,500⁰⁰

As I agreed, here is the August payment of $1,000.00

Balance ↓

Balance forward $2,500.00

August payment −1,000.00

Balance owed $1,500.00

Sept Pd     1,000⁰⁰        500⁰⁰
Oct Pa       500⁰⁰          ∅

2000⁰⁰

David Paul Biesemeyer
DPB

Additional payment    Balance credit    − 2000⁰⁰
pd to help w/ removal to Federal court