# 12.0 The documents in this exhibit are a record of expenses paid by Biesemeyer to Severance/Everson & Kirkham.

David Paul Biesemeyer
Postage

| Date | Description | Amount |
|------|-------------|--------|
| 3/23/15 | | |
| 3/23/15 | | 200.00 cr |
| 3/25/15 | p 74 x 96 + 3 x 21 | 0071.67- (128.33) cr |
| 3/26/15 | p 18 x 96    all receipts given to DPaul | 0017.28- (111.05) cr |
| 4/8/15 | p 83 x 96 | 0079.68- (31.31) cr |
| 4/09/15 | p 18 x 96 | 0017.28- (14.03) cr |
| 4/22/15 | p 9 x 96 | 0008.64- (5.39) cr |
| 4/27/15 | p 10 x 96 | 0009.60- **(4.21 due)** |
| 5/4/15 | p 3 x 96 | 0002.88- **(7.09 due)** |
| 5/11/15 | p 41 x 96+ 1x 19.99+ 3x 21+ 2x $1+ 2x 49 | 0062.96- **(70.05 due)** |
| 5/13/15 | p 64 x 96 (for 5/16)   (certificates to rick) | 0061.44-**(131.49 due)** |
| 5/13/15 | plus overnight express (5/13) to rick COD's 40.15 | 0040.15- **(171.64 due)** |
| 5/14/15 | p 4 x 49 + 11 x 21 + 2 x $1 to mail copies | 0006.27- **(177.91 due)** |
| 5/14/15 | p 16 x 96 | 0015.36- **(193.27 due)** |
| 5/18/15 | p 3 x 96 | 0002.88- **(196.15 due)** |
| 5/19/15 | p 18 x 96 + 1 x 49 +4 x 21 + 1 x $1 | 0019.61- **(215.76 due)** |
| 5/19/15 | p 16 x 96 | 0015.36- **(231.12 due)** |
| 5/26/15 | p overnight 11 files ric notary | 0046.00- **(277.12 due)** |
| 6/1/15 | p 79 x 96 certificates 11 files ric | 0069.12- **(346.24 due)** |
| 5/28/15 | p 31 x 96 | 0029.76- **(376.00 due)** |
| 5/29/15 | p 60 x 96 | 0057.60- **(433.60 due)** |
| 6/2/15 | p 28 x 87 | 0024.36- **(457.96 due)** |
| 6/5/15 | mailed all copies    1 x $1 + 2 x 49 + 6 x 22 | 0003.30- **(461.26 due)** |
| 6/10/15 | p 3877 64 env sent to ric    64 x 87   for 6/16 | 0055.68- **(516.94 due)** |
| 6/10/15 | overnight 4 files to ric with 4 certificates for 6/16 2.76 x 4 +1 | 0011.05- **(527.99 due)** |
| 6/15/15 | p       60 x 87 | 0052.20- **(580.19 due)** |
| 6/16/15 | p 17 x 87 + 1x $1 + 1 x 49 + 3 x 22 | 0016.94- **(597.13 due)** |
| 6/23/15 | overnight 4 files @ 8.03 each to ric certi for june 30 | 0032.12- **(629.25 due)** |
| 6/30/15 | p 60 x 87 certi        to ric   on 6/23/15 | 0052.20- **(681.45 due)** |
| 6/29/15 | p 17 x 87 | 0014.79- **(696.24 due)** |
| **7/11/15** | **p $1000**        **$1000.00 received in mail** | **1000.00+ (303.76) cr** |
| 7/11/15 | p 9 x 87 | 0007.83- (295.93) cr |

Case 3:23-cv-00185-SLG-KFR   Document 12-24   Filed 05/10/24   Page 2 of 7

David Paul Biesemeyer
Postage

3/23/15

| Date | Description | Amount |
|---|---|---|
| 3/23/15 | | 200.00 cr |
| 3/25/15 | p 74 x 96 + 3 x 21 | 0071.67- (128.33) cr |
| 3/26/15 | p 18 x 96    all receipts given to DPaul | 0017.28- (111.05) cr |
| 4/8/15 | p 83 x 96 | 0079.68- (31.31) cr |
| 4/09/15 | p 18 x 96 | 0017.28- (14.03) cr |
| 4/22/15 | p 9 x 96 | 0008.64- (5.39) cr |
| 4/27/15 | p 10 x 96 | 0009.60- **(4.21 due)** |
| 5/4/15 | p 3 x 96 | 0002.88- **(7.09 due)** |
| 5/11/15 | p 41 x 96+ 1x 19.99+ 3x 21+ 2x $1+ 2x 49 | 0062.96- **(70.05 due)** |
| 5/13/15 | p 64 x 96 (for 5/16)   (certificates to rick) | 0061.44-**(131.49 due)** |
| 5/13/15 | plus overnight express (5/13) to rick COD's 40.15 | 0040.15- **(171.64 due)** |
| 5/14/15 | p 4 x 49 + 11 x 21 + 2 x $1 to mail copies | 0006.27- **(177.91 due)** |
| 5/14/15 | p 16 x 96 | 0015.36- **(193.27 due)** |
| 5/18/15 | p 3 x 96 | 0002.88- **(196.15 due)** |
| 5/19/15 | p 18 x 96 + 1 x 49 +4 x 21 + 1 x $1 | 0019.61- **(215.76 due)** |
| 5/19/15 | p 16 x 96 | 0015.36- **(231.12 due)** |
| 5/26/15 | p overnight 11 files ric notary | 0046.00- **(277.12 due)** |
| 6/1/15 | p 79 x 96 certificates 11 files ric | 0069.12- **(346.24 due)** |
| 5/28/15 | p 31 x 96 | 0029.76- **(376.00 due)** |
| 5/29/15 | p 60 x 96 | 0057.60- **(433.60 due)** |
| 6/2/15 | p 28 x 87 | 0024.36- **(457.96 due)** |
| 6/5/15 | mailed all copies   1 x $1 + 2 x 49 + 6 x 22 | 0003.30- **(461.26 due)** |
| 6/10/15 | p 3877 64 env sent to ric   64 x 87   for 6/16 | 0055.68- **(516.94 due)** |
| 6/10/15 | overnight 4 files to ric with 4 certificates for 6/16 2.76 x 4 +1 | 0011.05- **(527.99 due)** |
| 6/15/15 | p     60 x 87 | 0052.20- **(580.19 due)** |
| 6/16/15 | p 17 x 87 + 1x $1 + 1 x 49 + 3 x 22 | 0016.94- **(597.13 due)** |
| 6/23/15 | overnight 4 files @ 8.03 each to ric certi for june 30 | 0032.12- **(629.25 due)** |
| 6/30/15 | p 60 x 87 certi    to ric   on 6/23/15 | 0052.20- **(681.45 due)** |
| 6/29/15 | p 17 x 87 | 0014.79- **(696.24 due)** |
| **7/11/15** | **p $1000          +$1000.00 received in mail** | **1000.00+ (303.76) cr** |
| 7/11/15 | p 9 x 87 | 0007.83- (295.93) cr |
| 7/27/15 | P 9 x 87 | 0007.83- (288.10) cr |
| 8/18/15 | p 8 x 87 | 0006.96- (281.14) cr |
| 10/14/15 | p 12 x 87 | 0010.44- (270.70) cr |
| 10/27/15 | p 12 x 87 | 010.44- (260.26) cr |
| 11/16/15 | p mailed COD files to rick | 005.75- (254.51) cr |
| 11/27/15 | p 24 x 87         COD Rick | 020.88- (233.63) cr |
| 3/11/16 | p 7 x 87+ 4 x 22 | 6.97- (226.66) cr |
| 3/28/16 | p 7 x 87 | 6.09- (220.57) cr |
| 4/25/16 | p 13 x 83 | 10.79- (209.78) cr |
| 5/9/16 | mailed by rick & dave on 5/9/16 | |

# Daily Log

Name: David Paul Biesmeyer

Date: Month Three Day Twenty-six Year 2015 C.E.

1. Total Files-28  $42,000.00
2. Short Files-7 (7 event)   cr (14 events)  $7,000.00
3. Scheduled Assignments-70  $35,000.00
4. Completed-19  $9,500.00
5. Events Pending-51  $25,500.00
6. Cash Value Identified-  $140,257.45
7. Cash Voucher-7   Cash Voucher Amounts- $30,177.39
8. Double Vouchers-
9. Other Vouchers-
10. Total Vouchers-7
11. Honorarium-A  $9,500.00
12. Value Exchange   Date:
13. Total Value Exchange
14. Class Honorarium B-$7,125.00   [7,125 minus 105.00 credit 3 books]
15. Case Inquiry   -$900.00 pd   case inquiry   Date: 03/22/15
16. Recent Honorarium-$500.00   Date: 03/26/15
17. Total Honorarium Given-$1,300.00  (3/23 300⁰⁰  3/26 500⁰⁰  3/28 $500⁰⁰)
    (3/23 200⁰⁰ postage)
18. Honorarium Return [cr]   $   Date:
19. Total Honorarium Return
20. Honorarium C-$8,200.00 due   11-12+14-16-17=19
21) Honorarium pd 3/28/15 $500⁰⁰   (Total Pd $1800⁰⁰)
22) Due $7,700⁰⁰

David Paul Biesemeyer
Postage

3/23/15

| | | |
|---|---|---|
| 3/23/15 | | 200.00 cr |
| 3/25/15 | p 74 x 96 + 3 x 21 | 071.67- (128.33) cr |
| 3/26/15 | p 18 x 96 | 017.28- (111.05) cr |

# Daily Log

Name:   David Paul Biesmeyer

Date:   Month Seven Day Eleven Year 2015 C.E.

1. Total Files-43                                           $64,500.00
2. Short Files-8 (8 event)        cr (16 events)            $8,000.00
3. Scheduled Assignments-113                                $56,500.00
4. Completed-89                                             $44,500.00
5. Events Pending-24                                        $12,000.00
6. Cash Value Identified-              $407,805.45
7. Cash Voucher-8              Cash Voucher Amounts- $32,227.89
8. Double Vouchers-
9. Other Vouchers-
10. Total Vouchers-8
11. Honorarium-A                                            $44,500.00
12. Value Exchange              Date:
13. Total Value Exchange
14. Class Honorarium B-$7,125.00       [7,125 minus 105.00 credit 3 books]
15. Case Inquiry       -$900.00     case inquiry            Date: 03/22/15
16. Recent Honorarium-$11,813.00    10 oz yellow paint      Date: 06/12/15
17. Total Honorarium Given-$34,400.00
18. Honorarium Return [cr]   $         Date:
19. Total Honorarium Return
20. Honorarium C-$10,100.00 **due**                11-12+14-16-17=19

# Daily Log

## Name:   David Paul Biesmeyer

## Date:  Month: Ten Day: Twenty-one  Year: 2016 C.E.

1. Total Files-47                                                                                       $70,500.00
2. Short Files-8 (8 event)          cr (16 events)                                    $8,000.00
3. Scheduled Assignments-125                                                       $62,500.00
4. Completed-100                                                                              $50,000.00
5. Events Pending-25    ← *put = here*                                     $12,500.00
6. Cash Value Identified-                            $407,805.45
7. Cash Voucher-8                         Cash Voucher Amounts- $32,227.89
8. Double Vouchers-
9. Other Vouchers-
10. Total Vouchers-8
11. Honorarium-A     (3 COD to Rick 11/16 for 11/27)                 $50,000.00
12. Value Exchange             Date:
13. Total Value Exchange
14. Class Honorarium B-$7,125.00         [7,125 minus 105.00 credit 3 books]
15. Case Inquiry         -$900.00       case inquiry           Date: 03/22/15
16. Recent Honorarium-$500.00       ($1,000 per month)            Date: 10/21/16
17. Total Honorarium Given-$46,900.00
18. Honorarium Return [cr]   $             Date:
19. Total Honorarium Return
20. Honorarium C-$3,100.00 **due**                  11-12+14-16-17=19