# 13.0 Documents from the Alaska Department of Unclaimed Property from April 3, 2024.

Alaska Department of Revenue
Treasury Division
Unclaimed Property Program
PO Box 110405
Juneau, AK 99811-0405
Email: ucproperty@alaska.gov




Claim ID: 300613



April 03, 2024

DAVID P BIESEMEYER
PO BOX 653
CAPTAIN COOK, HI 96704-0653

The State of Alaska Unclaimed Property Program is holding funds or securities for the individual(s) listed below in section A. Please review sections A and B. If we require additional documentation from you, it will be indicated in Section C. Please see the Final Instructions section for information on returning your claim form and documents.
**If we do not receive the requested documents within 90 days, your claim will be closed.**

| A. Claimant Information | |
|---|---|
| Name(s) if different than above: | Phone: (907) 982-2328 |
| Current address if different than above: | |
| Claimant's SSN :  -4559 | Date of birth:  ?/1958 |
| Email address: davebiesemeyer@hotmail.com | |

## B. Property Information

| Owner | Company / Security / CUSIP | Type of Property | Property ID | Value |
|---|---|---|---|---|
| BIESEMEYER DAVID P<br>11500 HAWKINS LANE<br>ANCHORAGE, AK 99516-0000 | 2010 SOA ADMIN FINANCE | ST01: Non Standard NAUPA Code for - ALASKA WARRANTS | 765143 | Cash: $4.00 |
| BIESEMEYER DAVID<br>PO BOX 91998<br>ANCHORAGE, AK 99509-0000 | 2012 ALASKA COURT SYSTEM | CT05: OTHER COURT DEPOSITS | 959392 | Cash: $789.20 |
| BIESEMEYER DAVID P<br>11500 HAWKINS LN<br>ANCHORAGE, AK 99516-0000 | 2012 ENSTAR NATURAL GAS COMPANY | SC20: CREDIT BALANCES | 963043 | Cash: $38.25 |
| BIESEMEYER DAVID<br><br>CORK DANIEL R | 2011 ALASKA LT CORPORATION | TR04: ESCROW ACCOUNTS | 1196100 | Cash: $17.97 |
| BIESMEYER DAVID P<br>11500 HAWKINS LN<br>ANCHORAGE, AK 99516 | 2016 CHUGACH ELECTRIC ASSOCIATION INC | UT03: REFUNDS OR REBATES | 1421764 | Cash: $1.52 |
| BIESEMEYER DAVID P<br>11500 HAWKINS LN BARN<br>ANCHORAGE, AK 99516 | 2016 CHUGACH ELECTRIC ASSOCIATION INC | UT03: REFUNDS OR REBATES | 1421765 | Cash: $0.43 |
| BIESEMEYER DAVID<br>7650 E JIM COTTRELL CIR<br>PALMER, AK 99645 | 2017 ALASKA COURT SYSTEM | CT05: OTHER COURT DEPOSITS | 1567158 | Cash: $817.60 |
| BIESEMEYER DAVID P<br>PO BOX 110751<br>ANCHORAGE, AK 99511-0751 | 2019 MATANUSKA ELECTRIC ASSOCIATION INC | UT21: Non Standard NAUPA Code for - OTHER UTILITY PR | 1766700 | Cash: $115.62 |
| DAVID P, BIESEMEYER<br>PO BOX 110751<br>ANCHORAGE, AK 99511-0751 | 2021 COUNTRY MUTUAL INSURANCE CO. | MS16: MISC OUTSTANDING CHECKS | 1981836 | Cash: $61.32 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>WASILLA, AK 99654 | 2021 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2029645 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>KODIAK, AK 99615-7305 | 2021 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2029646 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221970 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221971 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221972 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221973 | Cash: $25.00 |
| DAVID P BIESEMEYER | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221974 | Cash: $50.00 |

| Property Information continued........ | | | | |
|---|---|---|---|---|
| Owner | Company / Security / CUSIP | Type of Property | Property ID | Value |
| 11500 HAWKINS<br>ANCHORAGE, AK 99516 | | | | |
| | | | Total Cash: | $2,045.91 |
| | | | Total Securities Cash: | $0.00 |

## C. Required Documents

☐     **SIGNATURE**      Return a completed and signed claim form.

## D. Affidavit

Under penalties of perjury, under the laws of the United States of America, I certify that I have examined this claim and any supporting attachments are true unaltered copies of the original documents. Upon payment of this claim of the described property, I will indemnify and hold harmless the State of Alaska, officials and employees from any damage claims or losses of any kind resulting from the payment    28 U.S. Code § 1746 - Unsworn declarations under penalty of per-jury

Signature of Claimant: _David R. Biess_     Date: _4/3/24_

Signature of Co-Claimant: _____     Date: _____

### Final Instructions

Before returning the claim form, claimants should:

- complete **A. Owner Information**;
- review **B. Property Information**;
- attach the documentation requested in **C. Required Documents**; and
- sign and date **D. Affidavit.**

Please return the signed claim form, along with the documents listed in Section C, to our office at your earliest convenience.

- You may upload the claim form and documentation via our website at https://unclaimedproperty.alaska.gov/app/claim-doc-upload.

or

- You may mail the documentation to our office at the address listed below:

Alaska Department of Revenue
Treasury Division
Unclaimed Property Program
PO Box 110405
Juneau, AK 99811-0405

If you have any questions or concerns about the information required on the claim form, please contact our office at 844-AKCASH1 (844-252-2741).

Alaska Department of Revenue
Treasury Division
Unclaimed Property Program
PO Box 110405
Juneau, AK 99811-0405
Email: ucproperty@alaska.gov





Claim ID: 300613

April 03, 2024

DAVID P BIESEMEYER
PO BOX 653
CAPTAIN COOK, HI 96704-0653



The State of Alaska Unclaimed Property Program is holding funds or securities for the individual(s) listed below in section A. Please review sections A and B. If we require additional documentation from you, it will be indicated in Section C. Please see the Final Instructions section for information on returning your claim form and documents. **If we do not receive the requested documents within 90 days, your claim will be closed.**

| A. Claimant Information | |
|---|---|
| Name(s) if different than above: | Phone: (907) 982-2328 |
| Current address if different than above: | |
| Claimant's SSN .    )-4559 | Date of birth:    '1958 |
| Email address: davebiesemeyer@hotmail.com | |

## B. Property Information

| Owner | Company / Security / CUSIP | Type of Property | Property ID | Value |
|---|---|---|---|---|
| BIESEMEYER DAVID P<br>11500 HAWKINS LANE<br>ANCHORAGE, AK 99516-0000 | 2010 SOA ADMIN FINANCE | ST01: Non Standard NAUPA Code for - ALASKA WARRANTS | 765143 | Cash: $4.00 |
| BIESEMEYER DAVID<br>PO BOX 91998<br>ANCHORAGE, AK 99509-0000 | 2012 ALASKA COURT SYSTEM | CT05: OTHER COURT DEPOSITS | 959392 | Cash: $789.20 |
| BIESEMEYER DAVID P<br>11500 HAWKINS LN<br>ANCHORAGE, AK 99516-0000 | 2012 ENSTAR NATURAL GAS COMPANY | SC20: CREDIT BALANCES | 963043 | Cash: $38.25 |
| BIESEMEYER DAVID<br><br>CORK DANIEL R | 2011 ALASKA LT CORPORATION | TR04: ESCROW ACCOUNTS | 1196100 | Cash: $17.97 |
| BIESMEYER DAVID P<br>11500 HAWKINS LN<br>ANCHORAGE, AK 99516 | 2016 CHUGACH ELECTRIC ASSOCIATION INC | UT03: REFUNDS OR REBATES | 1421764 | Cash: $1.52 |
| BIESEMEYER DAVID P<br>11500 HAWKINS LN BARN<br>ANCHORAGE, AK 99516 | 2016 CHUGACH ELECTRIC ASSOCIATION INC | UT03: REFUNDS OR REBATES | 1421765 | Cash: $0.43 |
| BIESEMEYER DAVID<br>7650 E JIM COTTRELL CIR<br>PALMER, AK 99645 | 2017 ALASKA COURT SYSTEM | CT05: OTHER COURT DEPOSITS | 1567158 | Cash: $817.60 |
| BIESEMEYER DAVID P<br>PO BOX 110751<br>ANCHORAGE, AK 99511-0751 | 2019 MATANUSKA ELECTRIC ASSOCIATION INC | UT21: Non Standard NAUPA Code for - OTHER UTILITY PR | 1766700 | Cash: $115.62 |
| DAVID P, BIESEMEYER<br>PO BOX 110751<br>ANCHORAGE, AK 99511-0751 | 2021 COUNTRY MUTUAL INSURANCE CO. | MS16: MISC OUTSTANDING CHECKS | 1981836 | Cash: $61.32 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>WASILLA, AK 99654 | 2021 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2029645 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>KODIAK, AK 99615-7305 | 2021 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2029646 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221970 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221971 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221972 | Cash: $25.00 |
| DAVID P BIESEMEYER<br>11500 HAWKINS<br>ANCHORAGE, AK 99516 | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221973 | Cash: $25.00 |
| DAVID P BIESEMEYER | 2022 PROVIDENCE HEALTH SERVICES - ALASKA | MS11: REFUNDS DUE | 2221974 | Cash: $50.00 |

*Property Information continued........*

| ner | Company / Security / CUSIP | Type of Property | Property ID | Value |
|---|---|---|---|---|
| 1500 HAWKINS<br>NCHORAGE, AK 99516 | | | | |
| | | | Total Cash: | $2,045.91 |
| | | | Total Securities Cash: | $0.00 |

## Required Documents

☐ **SIGNATURE** — Return a completed and signed claim form.

## Affidavit

Under penalties of perjury, under the laws of the United States of America, I certify that I have examined this claim and any supporting attachments are true unaltered copies of the original documents. Upon payment of this claim of the described property, I will indemnify and hold harmless the State of Alaska, officials and employees from any damage claims or losses of any kind resulting from the payment    28 U.S. Code § 1746 - Unsworn declarations under penalty of per-jury

Signature of Claimant: _[signed] D___ B. Bies_____    Date: 4/3/24

Signature of Co-Claimant: _____    Date: _____

## Final Instructions

Before returning the claim form, claimants should:

- complete **A. Owner Information**;
- review **B. Property Information**;
- attach the documentation requested in **C. Required Documents**; and
- sign and date **D. Affidavit.**

Please return the signed claim form, along with the documents listed in Section C, to our office at your earliest convenience.

- You may upload the claim form and documentation via our website at
  https://unclaimedproperty.alaska.gov/app/claim-doc-upload.

or

- You may mail the documentation to our office at the address listed below:

  Alaska Department of Revenue
  Treasury Division
  Unclaimed Property Program
  PO Box 110405
  Juneau, AK 99811-0405

If you have any questions or concerns about the information required on the claim form, please contact our office at 844-AKCASH1 (844-252-2741).

*COPY*