# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> David Paul Biesemeyer

Name(s) of counsel (if any):

> Pro Se

Address: 7650 E. Jim Cottrell Palmer, AK 99645

Telephone number(s): 907 982 2328

Email(s): davebiesemeyer@hotmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> THE MUNICIPALITY OF ANCHORAGE, ALASKA

Name(s) of counsel (if any):

> Jason Anthony Thomas, Kate Marie Buerer
> Municipality of AnchorageDept of Law, Civil

Address: 632 W. 6th Avenue, Suite 730

Telephone number(s): 907-343-4545

Email(s): jason.thomas@anchorageak.gov, kate.buerer@anchorageak.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                            1                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

NONE

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

NONE

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6   2   New 12/01/2018

Case 3:23-cv-00185-SLG-KFR   Document 21-1   Filed 09/17/24   Page 2 of 2