UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| DAVID PAUL BIESEMEYER,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br> MUNICIPALITY OF ANCHORAGE,<br><br>  Defendant - Appellee. | No. 24-5670<br><br> D.C. No.<br> 3:23-cv-00185-SLG-KFR<br><br> District of Alaska,<br> Anchorage<br><br> MANDATE |

The judgment of this Court, entered December 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT