# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 22, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  David Paul Biesemeyer
             v. Municipality of Anchorage, Alaska
             No. 26-99
             (Your No. 24-5670)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 24, 2026 and placed on the docket July 22, 2026 as No. 26-99.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst